# EXHIBIT C

| | |
|---|---|
| **From:** | Troyan, Brent E CAPT USN OGC WASH DC (USA) |
| **To:** | Fishman, Paul J. |
| **Cc:** | ████████████████████████; Curtis, Deborah A.; Smith, Jeffrey H.; Mizer, Benjamin C. |
| **Subject:** | RE: Senator Mark Kelly |
| **Date:** | Monday, December 15, 2025 4:25:50 PM |
| **Attachments:** | image001.png |
| | smime.p7s |
| | ATT00001.txt |
| | ATT00002.htm |

Mr. Fishman,

I acknowledge receipt of your correspondence. Thank you.

Sincerely,
Brent


CAPT Brent Troyan, JAGC, USN
Executive Assistant and Special Counsel
Department of the Navy
Office of the General Counsel
Pentagon, Rm 4E782
Comm: ███████████ / ████████████
NIPR: ████████████ / ████████████████████
SIPR: ████████████████████

CUI//PRVCY/LEGAL. PRIVACY SENSITIVE / ATTORNEY WORK PRODUCT. The information contained in this e-mail and/or accompanying documents was prepared and intended for the exclusive use of the individuals to whom it is addressed. It may contain information that is pre-decisional, privileged or protected from release under the Privacy Act, FOIA or other applicable laws. Do not disseminate this e-mail, or its contents, to anyone who does not have an official need for access, or without the express consent of the sender. If you are not the intended recipient, you are on notice that copying, disclosure or any distribution of this message, in any form, is prohibited. Any misuse or unauthorized disclosure can result in both civil and criminal penalties.

---

**From:** Fishman, Paul J. <Paul.Fishman@arnoldporter.com>
**Sent:** Monday, December 15, 2025 4:18 PM
**To:** Troyan, Brent E CAPT USN OGC WASH DC (USA) <████████████████████>
**Cc:** ████████████████████; Curtis, Deborah A. <Deborah.Curtis@arnoldporter.com>; Smith, Jeffrey H. <Jeffrey.Smith@arnoldporter.com>; Mizer, Benjamin C. <Benjamin.Mizer@arnoldporter.com>
**Subject:** [Non-DoD Source] Senator Mark Kelly


Dear Captain Troyan:

I have attached a letter addressed to Secretary Phelan regarding our client, Senator Mark Kelly.  Please confirm receipt.

In addition, please address any correspondence regarding Senator Kelly to our attention.

Best regards,

Paul J. Fishman


_____
Paul J. Fishman
Partner | Bio


One Gateway Center | Suite 1025
Newark, NJ 07102
T: +1 973.776.1901 | M: +1 973.495.4884
Paul.Fishman@arnoldporter.com
www.arnoldporter.com | LinkedIn

| | | | | | |

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com