# EXHIBIT D

# Arnold & Porter

December 18, 2025

**<u>BY EMAIL</u>**
Hon. Pete Hegseth
Secretary of Defense
1000 Defense Pentagon
Washington, DC  20301

Dear Mr. Secretary:

As your office is aware, we represent Senator Mark Kelly. We write regarding press reports that your office "is escalating the preliminary review of Captain Mark Kelly, USN (Ret.), to an official Command Investigation" regarding supposed "serious allegations of misconduct."

The investigation appears to be premised entirely on accurate statements of law that the Senator made in his capacity as a member of the Senate Armed Services Committee. The First Amendment plainly protects those statements, just as it would protect similar statements by other retired servicemembers. In addition, a command investigation of a sitting Member of Congress who is not subject to military command authority would breach numerous constitutional and statutory safeguards.

Disregarding those fundamental defects, your office elected to announce its intentions through the press without communicating with Senator Kelly or his counsel. Now that we are aware of those reports, we request that the Department immediately provide the following information:

1. Has the Department in fact commenced a command investigation concerning Senator Kelly?

2. If so, which official ordered the investigation and under what authority? Which command or office is conducting the investigation?

3. What are the purported "serious allegations of misconduct" under investigation?

4. On what basis does the Department claim to assert jurisdiction over Senator Kelly?

Please direct all further communications regarding this matter to our law firm. We look forward to your prompt reply.

Sincerely,

Paul J. Fishman

cc:   Earl G. Matthews, General Counsel, Department of Defense
      John C. Phelan, Secretary of the Navy

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW  |  Washington, DC 20001-3743  |  www.arnoldporter.com