# EXHIBIT E

 Outlook

Fw: Senator Mark Kelly

---

**From:** Matthews, Earl G HON (USA)
**Sent:** Friday, December 19, 2025 8:13:36 AM
**To:** Fishman, Paul J. <Paul.Fishman@arnoldporter.com>
**Cc:** Troyan, Brent E CAPT USN OGC WASH DC (USA) ; Curtis, Deborah A. <Deborah.Curtis@arnoldporter.com>; Smith, Jeffrey H. <Jeffrey.Smith@arnoldporter.com>; Mizer, Benjamin C. <Benjamin.Mizer@arnoldporter.com>
**Subject:** RE: Senator Mark Kelly

Mr. Fishman:

Receipt confirmed.

Best,
Earl Matthews

Earl G. Matthews
General Counsel
Department of War

Office: 703-695-3341 (DSN 227)

NIPR:
SIPR:
JWICS:

 

CAUTION: This message, including any attachments, may contain information that is protected by the attorney/client, attorney-work product, deliberative process, or other privileges. Do not disseminate further without approval from the Office of General Counsel, Department of Defense.

**From:** Fishman, Paul J. <Paul.Fishman@arnoldporter.com>
**Sent:** Thursday, December 18, 2025 5:48 PM
**To:** Matthews, Earl G HON (USA)
**Cc:** Troyan, Brent E CAPT USN OGC WASH DC (USA) ; Curtis, Deborah A.

<[Deborah.Curtis@arnoldporter.com](Deborah.Curtis@arnoldporter.com)>; Smith, Jeffrey H. <[Jeffrey.Smith@arnoldporter.com](Jeffrey.Smith@arnoldporter.com)>; Mizer, Benjamin C. <[Benjamin.Mizer@arnoldporter.com](Benjamin.Mizer@arnoldporter.com)>

**Subject:** Senator Mark Kelly

You don't often get email from [paul.fishman@arnoldporter.com](paul.fishman@arnoldporter.com). [Learn why this is important](Learn why this is important)

Daer Mr. Matthews:

I have attached a letter addressed to Secretary Hegseth regarding our client, Senator Mark Kelly. Please confirm receipt.

I am also copying Capt. Brent Troyan on this email so that he can transmit a copy to Secretary Phelan.

Please address any correspondence regarding Senator Kelly to our attention.

Best regards,

Paul J Fishman

_____

[Paul J. Fishman](Paul J. Fishman)

Partner | [Bio](Bio)

**Arnold & Porter**

One Gateway Center | Suite 1025
Newark, NJ 07102
T: +1 973.776.1901 | M: +1 973.495.4884
[Paul.Fishman@arnoldporter.com](Paul.Fishman@arnoldporter.com)
[www.arnoldporter.com](www.arnoldporter.com) | [LinkedIn](LinkedIn)

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____

For more information about Arnold & Porter, click here:

[http://www.arnoldporter.com](http://www.arnoldporter.com)