# EXHIBIT G



**DEPARTMENT OF THE NAVY**
CHIEF OF NAVAL PERSONNEL
701 SOUTH COURTHOUSE ROAD
ARLINGTON VA 22204-2472

```
                                                              1811
                                                              N00
                                                              5 Jan 26
```

From:  Chief of Naval Personnel
To:    CAPT Mark E. Kelly, USN (Ret)

Subj:  NOTIFICATION OF RETIREMENT GRADE DETERMINATION PROCEEDINGS

Ref:   (a) Title 10, U.S. Code, Section 1370
       (b) SECNAVINST 1920.6D
       (c) SECWAR ltr of 5 Jan 26

Encl:  (1) Retirement Grade Determination Acknowledgment of Rights Form

1.  In accordance with references (a) through (c), your retirement paygrade will be revisited under the provisions of paragraph 4(a) of enclosure (9) to reference (b).

2.  The factual basis supporting this action is a Secretary of War letter of censure, reference (c).

3.  The Secretary of the Navy will review the circumstances of reference (c) and make a recommendation to the Secretary of War on an appropriate retirement grade.

4.  The least favorable outcome in your case is that your separation is characterized as Honorable and that you are retired at an inferior pay grade.

5.  You may exercise or waive the following rights:

    (a) You may submit a statement (to include matters in mitigation), rebuttal, or decline to make a statement.

    (b) You may confer with appointed military counsel or civilian counsel at no expense to the government as provided in paragraph 3 of enclosure (10) to reference (b).

    (c) You may request copies of the materials that will be forwarded to the Secretary of the Navy to support his recommendation.

6.  Return enclosure (1) within 10 working days of the date of this letter.  Failure to respond shall constitute a waiver of these rights.

                                              J. J. CZEREWKO

DATE: _____

From:  CAPT Mark E. Kelly, USN (Ret)
To:    Chief of Naval Personnel

Subj:  RETIREMENT GRADE DETERMINATION ACKNOWLEDGMENT OF RIGHTS

Ref:   (a) CHNAVPERS ltr 1811 N00 of 5 Jan 26

1. ( ) I acknowledge receipt of reference (a) informing me of the pending retirement grade determination by the Secretary of the War via the Secretary of the Navy.

2. ( ) I desire to make a statement (attached).  ( ) I do not desire to make a statement.

3. My daytime telephone is                     .

4. My official e-mail address is                     .

5. My personal e-mail address is                     .

M. E. KELLY