# **EXHIBIT I**

 Outlook

## Fw: Senator Mark Kelly

**From:** Matthews, Earl G HON (USA)
**Sent:** Thursday, January 8, 2026 8:21 AM
**To:** Fishman, Paul J. <Paul.Fishman@arnoldporter.com>; Fuscellaro, Anthony COL USARMY OSW SECWAR (USA)
**Cc:** Curtis, Deborah A. <Deborah.Curtis@arnoldporter.com>; Mizer, Benjamin C. <Benjamin.Mizer@arnoldporter.com>; Smith, Jeffrey H. <Jeffrey.Smith@arnoldporter.com>; Troyan, Brent E CAPT USN OGC WASH DC (USA)           ; Flynn, Shawn M SES (USA)               Nicholson, Brian P CIV OSD OGC (USA)
**Subject:** RE: Senator Mark Kelly

Mr. Fishman:

This email is to acknowledge receipt of your 7 January 2026 letter to Secretary Hegseth. We will preserve all relevant materials as required by law. Thank You.

Regards,

Earl G. Matthews
General Counsel
Department of War

Office: 703-695-3341 (DSN 227)

NIPR:
SIPR:
JWICS:



CAUTION: This message, including any attachments, may contain information that is protected by the attorney/client, attorney-work product, deliberative process, or other privileges. Do not disseminate further without approval from the Office of General Counsel, Department of Defense.

**From:** Fishman, Paul J. <Paul.Fishman@arnoldporter.com>
**Sent:** Wednesday, January 7, 2026 6:38 PM
**To:** Matthews, Earl G HON (USA)                    ; Fuscellaro, Anthony COL USARMY OSW SECWAR (USA)
**Cc:** Curtis, Deborah A. <Deborah.Curtis@arnoldporter.com>; Mizer, Benjamin C. <Benjamin.Mizer@arnoldporter.com>; Smith, Jeffrey H. <Jeffrey.Smith@arnoldporter.com>; Troyan, Brent E CAPT

USN OGC WASH DC (USA) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Senator Mark Kelly

You don't often get email from paul.fishman@arnoldporter.com. Learn why this is important

Mr. Matthews & Col. Fuscellaro:

On behalf of Senator Mark Kelly, I enclose a letter to Secretary Hegseth.

I have also copied Capt. Troyan for transmission of a copy to Secretary Phelan.

I would appreciate your confirming receipt.

Best regards,

_____

Paul J. Fishman

Partner | Bio

**Arnold & Porter**

One Gateway Center | Suite 1025

Newark, NJ 07102

T: +1 973.776.1901 | M: +1 973.495.4884

Paul.Fishman@arnoldporter.com

www.arnoldporter.com | LinkedIn

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____

For more information about Arnold & Porter, click here:

http://www.arnoldporter.com