# EXHIBIT C



# THE UNITED STATES OF AMERICA

## TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:
### THIS IS TO CERTIFY THAT
### THE SECRETARY OF DEFENSE
### HAS AWARDED

# THE DEFENSE SUPERIOR SERVICE MEDAL

### TO

**COMMANDER MARK E. KELLY, UNITED STATES NAVY**

### FOR
## EXCEPTIONALLY MERITORIOUS SERVICE
## FOR THE ARMED FORCES OF THE UNITED STATES

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS     16TH     DAY OF     NOVEMBER     2006

**SECRETARY OF DEFENSE**

CITATION TO ACCOMPANY THE AWARD OF

THE DEFENSE SUPERIOR SERVICE MEDAL

TO

MARK E. KELLY

Commander Mark E. Kelly, United States Navy, distinguished himself by exceptionally superior service as an astronaut pilot while assigned to the National Aeronautics and Space Administration, Lyndon B. Johnson Space Center, Houston, Texas, from 18 December 2001 to 17 July 2006. During this period, Commander Kelly invented and patented a hypoxia warning device for tactical aircraft that will be incorporated in naval aircraft. Following the Columbia tragedy, he was tasked with directing the initial phase of the recovery effort; a task that involved coordination with local authorities, the Federal Bureau of Investigation, the Defense Investigative Service, the Federal Emergency Management Agency, and the National Transportation Safety Board. In May 2004, he was selected to pilot STS-121 which launched from the Kennedy Space Center, Florida, on 4 July 2006 and landed on 17 July 2006. During the mission, he flawlessly directed the execution of three complex spacewalks that demonstrated on-orbit heat shield repair techniques, conducted critical International Space Station Repairs and paved the way for future International Space Station assembly. Commander Kelly was able to safely pilot the Space Shuttle during undocking in spite of a failed reaction control jet and degraded flight controls. During reentry and landing, he successfully navigated the Orbiter through deteriorating weather conditions while conducting contingency procedures for a failed air data probe. Commander Kelly's outstanding leadership, superior technical knowledge, exceptional flying skills, and devotion to duty were essential to the safe and successful completion of STS-121. The distinctive accomplishments of Commanderl Kelly reflect great credit upon himself, the United States Navy and the Department of Defense.



# THE UNITED STATES OF AMERICA

**TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:**
**THIS IS TO CERTIFY THAT**
**THE SECRETARY OF DEFENSE**
**HAS AWARDED**

# THE DEFENSE SUPERIOR SERVICE MEDAL

**TO**

**LIEUTENANT COMMANDER MARK E. KELLY, UNITED STATES NAVY**

**FOR**
**EXCEPTIONALLY MERITORIOUS SERVICE**
**FOR THE ARMED FORCES OF THE UNITED STATES**

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS      22ND      DAY OF  AUGUST      2003

SECRETARY OF DEFENSE

CITATION TO ACCOMPANY THE AWARD OF

THE DEFENSE SUPERIOR SERVICE MEDAL

TO

MARK E. KELLY

Lieutenant Commander Mark E. Kelly distinguished himself by superior achievement as an astronaut in the performance of outstanding service while assigned to the National Aeronautics and Space Administration, Lyndon B. Johnson Space Center, Houston, Texas, from August 1997 to December 2001. During this period, Lieutenant Commander Kelly expertly evaluated rendezvous and orbit software, effectively managed the NASA T-38 aircraft safety program and executed a superb plan to design, develop and procure a new T-38N aircraft simulator from the United States Air Force. During his assignment as pilot of the Space Shuttle Endeavour for Mission STS-108, 5 - 17 December 2001, the 12th assembly flight of the International Space Station, Lieutenant Commander Kelly's actions were essential for the safe and successful completion of STS-108, resulting in a fully operational Space Station. As the robotic arm operator, Lieutenant Commander Kelly was responsible for smoothly maneuvering the space-walking crewmembers from Endeavour's payload bay to the top of the International Space Station. His personal innovations, technical expertise, and flying skills resulted in a superbly executed space walk and repair of a malfunctioning International Space Station solar array motor assembly. Lieutenant Commander Kelly flawlessly used the robotic arm to retrieve the logistics module from the International Space Station and installed it back in the Shuttle's payload bay. His outstanding leadership, superior technical knowledge, and exceptional flying skills were directly responsible for the unqualified success of this historic International Space Station. Lieutenant Commander Kelly's distinguished accomplishments reflect great credit on himself, the United States Navy, and the Department of Defense.



# THE UNITED STATES OF AMERICA

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## LEGION OF MERIT

TO

**CAPTAIN MARK E. KELLY**
**UNITED STATES NAVY**

FOR

EXCEPTIONALLY MERITORIOUS CONDUCT
IN THE PERFORMANCE OF OUTSTANDING SERVICES

**AUGUST 1996 TO JULY 2011**

GIVEN THIS    **25TH**    DAY OF    **AUGUST 2011**



SECRETARY OF THE NAVY

FOR THE
**B. J. McCULLOUGH III**
**VICE ADMIRAL, UNITED STATES NAVY**
**COMMANDER, U.S. FLEET CYBER COMMAND**
**COMMANDER, U.S. TENTH FLEET**

NAVPERS 1650/13, REV. (12-99)



# COMMANDER, U.S. FLEET CYBER COMMAND
# COMMANDER, U.S. TENTH FLEET

The President of the United States takes pleasure in presenting the LEGION OF MERIT to

### CAPTAIN MARK E. KELLY
### UNITED STATES NAVY

for service as set forth in the following

CITATION:

For exceptionally meritorious conduct in the performance of outstanding service as an Astronaut at the National Aeronautics and Space Administration assigned to the Johnson Space Center, Houston, Texas from August 1996 to July 2011. Captain Kelly's excellent judgment and technical expertise were extremely impressive throughout a myriad of demanding assignments, including the head of the Exploration Branch in the Astronaut Office, where he led the astronaut team in the development of the next generation spacecraft. He coordinated flight training with the Navy for new astronaut candidates. He initiated the concept, coordinated the funding and selected the contractor team for a one-of-a-kind T-38 aircraft simulator. He applied his extensive experience as a naval aviator and safety officer in designing, patenting and developing a new combat oxygen mask for tactical aircraft. His superior performance of duties highlights the culmination of 25 years of honorable and dedicated service. By his dynamic leadership, keen judgment and loyal devotion to duty, Captain Kelly reflected great credit upon himself and upheld the highest traditions of the United States Naval Service.

For the President,

B. J. McCULLOUGH III
Vice Admiral, U.S. Navy



# THE UNITED STATES OF AMERICA

### THIS IS TO CERTIFY THAT
### THE PRESIDENT OF THE UNITED STATES OF AMERICA
### HAS AWARDED THE

## DISTINGUISHED FLYING CROSS
**(GOLD STAR IN LIEU OF THE SECOND AWARD)**

TO

**CAPTAIN MARK E. KELLY, UNITED STATES NAVY**

FOR

**EXTRAORDINARY ACHIEVEMENT WHILE PARTICIPATING IN AERIAL FLIGHT
FROM 16 MAY 2011 TO 1 JUNE 2011**



GIVEN THIS     **21ST**     DAY OF **SEPTEMBER**   **2011**

_____
SECRETARY OF THE NAVY

NAVPERS 1650/7, (REV. 12-99)



## THE SECRETARY OF THE NAVY

The President of the United States takes pleasure in presenting the DISTINGUISHED FLYING CROSS (Gold Star in lieu of the Second Award) to

CAPTAIN MARK E. KELLY
UNITED STATES NAVY

for service as set forth in the following

CITATION:

For extraordinary achievement as an Astronaut while assigned to the National Aeronautics and Space Administration, Lyndon B. Johnson Space Center, Houston, Texas from 16 May 2011 to 1 June 2011. During this period, Captain Kelly flew his fourth mission in space as the commander of the Space Shuttle Endeavour on Mission STS-134 that launched and landed at the Kennedy Space Center, Florida, on 16 May 2011 and 1 June 2011 respectively. The primary mission objective was to transport and install the Alpha Magnetic Spectrometer-2 and Express Logistics Carrier-3 to the International Space Station. During the eleven days docked with the International Space Station, Captain Kelly supervised four spacewalks which were composed of several high pressure tasks including refilling the port radiator with ammonia and transporting and installing several robotic arm grapple fixtures. STS-134's spectacular achievements are indisputably a direct result of his adept leadership. Captain Kelly's superb airmanship, unmatched professionalism, and loyal devotion to duty reflected great credit upon him and were in keeping with the highest traditions of the United States Naval Service.

For the President,

Secretary of the Navy



# THE UNITED STATES OF AMERICA

### THIS IS TO CERTIFY THAT
### THE PRESIDENT OF THE UNITED STATES OF AMERICA
### HAS AWARDED THE

# DISTINGUISHED FLYING CROSS

### TO

**CAPTAIN MARK E. KELLY, UNITED STATES NAVY**

### FOR

**EXTRAORDINARY ACHIEVEMENT WHILE PARTICIPATING IN AERIAL FLIGHT
FROM 31 MAY TO 14 JUNE 2008**



GIVEN THIS                DAY OF

SECRETARY OF THE NAVY

NAVPERS 1650/7, (REV. 12-99)



## THE SECRETARY OF THE NAVY

The President of the United States takes pleasure in presenting the DISTINGUISHED FLYING CROSS to

CAPTAIN MARK E. KELLY
UNITED STATES NAVY

for service as set forth in the following

CITATION:

For extraordinary achievement while participating in aerial flight as an astronaut while assigned to the National Aeronautics and Space Administration, Lyndon B. Johnson Space Center, Houston, Texas from 31 May to 14 June 2008. Captain Kelly performed commendably as the Commander of the Space Shuttle Discovery on mission STS-124 which launched from Kennedy Space Center, Florida. The primary mission was to deliver and install the Japanese Space Agency's $1 billion Kibo Laboratory Module to the International Space Station. The mission's unqualified success was attributable to Captain Kelly's outstanding leadership and thorough preparation. Captain Kelly's superior technical knowledge of the Space Shuttle vehicle and outstanding airmanship complemented his exceptional management skills and were directly responsible for the completion of this highly aggressive assembly mission. Undeterred by distractions to the mission, Captain Kelly guided the crew of seven through mission completion and safe landing at the Kennedy Space Center. By his exemplary leadership, outstanding professional competence, and loyal dedication to duty, Captain Kelly reflected great credit upon himself and upheld the highest traditions of the United States Naval Service.

For the President,

Secretary of the Navy



# THE UNITED STATES OF AMERICA

### THIS IS TO CERTIFY THAT
### THE PRESIDENT OF THE UNITED STATES OF AMERICA
### HAS AWARDED THE

## AIR MEDAL
(WITH BRONZE STAR FOR THE FIRST AWARD AND COMBAT "V")

### TO
LIEUTENANT MARK E. KELLY, UNITED STATES NAVY

### FOR
HEROIC ACHIEVEMENT WHILE PARTICIPATING IN AERIAL FLIGHT
ON 18 JANUARY 1991

GIVEN THIS    19th  DAY OF    AUG    1991



SECRETARY OF THE NAVY

NAVPERS 1650/11 (12-67)

BUREAU OF ENGRAVING AND PRINTING, LITHO.



**THE SECRETARY OF THE NAVY**
WASHINGTON

The President of the United States takes pleasure in presenting the AIR MEDAL (with Bronze Star for the First Award) to

LIEUTENANT MARK E. KELLY
UNITED STATES NAVY

for service as set forth in the following

CITATION:

For heroic achievement while participating in aerial flight as an A-6 INTRUDER Pilot in Attack Squadron 115 embarked in USS MIDWAY (CV 41) on 18 January 1991. On the second night of Operation DESERT STORM, Lieutenant Kelly courageously delivered a devastating blow to the Iraqi defenses at an airfield deep in southern Iraq. Facing overlapping missile defenses and anti-aircraft fire, he attacked aggressively, maneuvering to defeat two incoming Surface to Air Missiles guiding on his aircraft during the bomb run. Showing extraordinary valor and tactical prowess, Lieutenant Kelly executed evasive maneuvers against each missile, one of which detonated directly beneath his aircraft. With minimal time remaining, he recovered to put his ordnance squarely on target. Following a heavily opposed egress, Lieutenant Kelly returned his aircraft safely to the ship. His perseverance in the face of tremendous personal danger significantly reduced Iraq's war fighting ability and contributed to its ultimate defeat. Lieutenant Kelly's aggressive leadership, bold initiative, and loyal devotion to duty in the face of hazardous flying conditions reflected great credit upon himself and were in keeping with the highest traditions of the United States Naval Service.

The Combat Distinguishing Device is authorized.

For the President,

Secretary of the Navy



# THE UNITED STATES OF AMERICA

## THIS IS TO CERTIFY THAT
### THE PRESIDENT OF THE UNITED STATES OF AMERICA
### HAS AWARDED THE

# AIR MEDAL

(THE NUMERAL "2" FOR THE FIRST AND SECOND STRIKE/FLIGHT AWARDS)

## TO

LIEUTENANT MARK E. KELLY, UNITED STATES NAVY

### FOR

MERITORIOUS ACHIEVEMENT WHILE PARTICIPATING IN AERIAL FLIGHT
FROM 17 JANUARY TO 28 FEBRUARY 1991



GIVEN THIS    26TH    DAY OF    SEP    19 91

SECRETARY OF THE NAVY

NAVPERS 1650/11 (12-67)

BUREAU OF ENGRAVING AND PRINTING, LITHO.

**U.S. NAVAL FORCES CENTRAL COMMAND**

The President of the United States takes pleasure in presenting the AIR MEDAL (first and second strike/flight awards) to

**MARK EDWARD KELLY, LIEUTENANT**
**UNITED STATES NAVY**

for service as set forth in the following

## CITATION

"For meritorious achievement in aerial flight as a pilot of an A-6E aircraft while attached to Attack Squadron ONE ONE FIVE, embarked in USS MIDWAY (CV 41), engaged in combat operations against the enemy in Southwest Asia from 17 January to 28 February 1991. In the successful completion of seventeen strikes and twenty-two direct combat support missions against the enemy in an active combat area, Lieutenant Kelly contributed materially to the success of the United States' effort in Southwest Asia. His devotion to duty in the face of enemy fire, under hazardous flying conditions, was in keeping with the highest traditions of the United States Naval Service."

The numeral "2" to represent two strike/flight awards is authorized.

For the President,

S. R. ARTHUR
Vice Admiral
United States Navy

U.S. NAVAL FORCES CENTRAL COMMAND

The President of the United States takes pleasure in presenting the Air Medal (Gold Numeral 1 to indicate first award) to

MARK EDWARD KELLY, LIEUTENANT
UNITED STATES NAVY

for service as set forth in the following

## CITATION

"For heroic achievement in aerial flight on 26 January 1991, as a pilot of an A-6 aircraft while serving with Attack Squadron ONE ONE FIVE, embarked in USS MIDWAY (CV 41). While on armed surface reconnaissance patrol in the northern Arabian Gulf, Lieutenant Kelly located an enemy missile patrol boat which posed an immediate threat to allied naval forces. As the lead of a two aircraft section, he maneuvered his flight into attack position while avoiding surface-to-air missile envelopes and intense anti-aircraft artillery fire from surrounding shores. Despite the threats, he pressed the attack and accurately delivered his cluster munitions to destroy the missile boat. His tactical awareness and superior combat airmanship removed a serious threat to coalition naval forces. Lieutenant Kelly's courageous leadership and aerial skill in the face of heavy enemy fire reflected great credit upon himself and were in keeping with the highest traditions of the United States Naval Service."

The Combat Distinguishing Device is authorized.

For the President,

S. R. ARTHUR
Vice Admiral
United States Navy



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY COMMENDATION MEDAL

**(Gold Star in lieu of second award)**

### TO

### LIEUTENANT MARK EDWARD KELLY

### FOR

### MERITORIOUS SERVICE FROM JUNE 1994 TO JUNE 1996

GIVEN THIS    3RD    DAY OF APRIL    1997



D. B. MCKINNEY
Rear Admiral, United States Navy
Commander, Naval Air Warfare Center
Aircraft Division

OFNAV 1650/9 (11-81)
S/N 0107-LF-016-5045



## COMMANDER
## NAVAL AIR WARFARE CENTER
## AIRCRAFT DIVISION

*The Secretary of the Navy takes pleasure in presenting the NAVY COMMENDATION MEDAL  (Gold Star in lieu of second award) to*

**LIEUTENANT MARK EDWARD KELLY**

**UNITED STATES NAVY**

*for service as set forth in the following*
*CITATION:*

"For meritorious service while attached to the United States Naval Test Pilot School and the Naval Strike Aircraft Test Squadron, Naval Air Warfare Center Aircraft Division, Patuxent River, Maryland, from June 1994 to June 1996.  As platform coordinator for all A-6E developmental testing, carrier suitability test pilot and flight test landing signal officer, Lieutenant Kelly led extremely successful detachments certifying the catapults and shipboard landing systems aboard USS ENTERPRISE and USS GEORGE WASHINGTON.  In addition, he flawlessly completed the A-6E 20 degree flap takeoff and landing performance evaluation, a high priority program for fleet units. Displaying superb technical expertise, Lieutenant Kelly skillfully managed the Quasi-Tailless Flying Qualities evaluation of the National Aeronautics and Space Administration X-31 experimental research vehicle focusing on the carrier suitability of an aircraft using thrust vectoring for directional stability.  As a Test Pilot School instructor, his dedication to achieving the finest flight test training was instrumental in the superb education of nearly 100 test pilots, flight officers and test engineers.  While performing the duties of  T-2 Naval Air Training and Operating Procedures Standardization model manager and Quality Assurance Officer, his astute management of numerous flight test exercises and 7 aircraft was the deciding factor in the successful completion of over 200 training sorties.  His diverse flying qualifications in the F/A-18, T-38 and T-2, coupled with a broad experience base and technical excellence, provided maximum operational flexibility as well as several well received technical exchanges with foreign flight test personnel.  His aggressive pursuit of improvements in flight exercises resulted in an aircraft change for one exercise that was both an  improvement to the curriculum and resulted in significant cost savings.  Lieutenant Kelly's exemplary professionalism and devotion to duty reflected great credit upon himself and were in keeping with the highest traditions of the United States Naval Service."

For the Secretary of the Navy,

D. B. MCKINNEY
Rear Admiral, United States Navy





# DEPARTMENT OF THE NAVY

## THIS IS TO CERTIFY THAT
## THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY COMMENDATION MEDAL

### WITH COMBAT DISTINGUISHING DEVICE

### TO
### LIEUTENANT MARK EDWARD KELLY

### FOR
### HEROIC ACHIEVEMENT ON 30 JANUARY 1991

GIVEN THIS    29TH    DAY OF    APRIL    19 91



D. P. MARCH, RADM, USN
COMMANDER, CARRIER GROUP FIVE

OPNAV 1650/9 (11-81)
S/N 0107-LF-016-5045



**COMMANDER**
**CARRIER GROUP FIVE**
**CARRIER STRIKE FORCE SEVENTH FLEET**
**COMMANDER BATTLE FORCE SEVENTH FLEET**

The Secretary of the Navy takes pleasure in presenting

the NAVY COMMENDATION MEDAL to

MARK EDWARD KELLY
LIEUTENANT
UNITED STATES NAVY

for service as set forth in the following

CITATION:

"For heroic achievement in aerial flight on 30 January 1991 as a pilot in an A-6E aircraft while attached to Attack Squadron ONE HUNDRED FIFTEEN embarked in USS MIDWAY (CV 41). During a daylight patrol of the north Arabian Gulf in support of Operation Desert Storm, Lieutenant Kelly skillfully located two Iraqi Polnochny LSM's which posed a danger to coalition forces. As wingman of a two plane A-6E Intruder section, he tactically maneuvered his aircraft into an attack position while avoiding antiaircraft artillery fire and exposing himself to multiple surface to air missile envelopes. Despite constant fire from the targeted combatants, he executed a flawless attack, destroying one of the Iraqi vessels. His tactical employment of the A-6E and superior combat airmanship contributed to the ultimate success of the coalition campaign. Lieutenant Kelly's superb airmanship, courage and devotion to duty reflected great credit upon himself and were in keeping with the highest traditions of the United States Naval Service." The Combat Distinguishing Device is authorized.

For the Secretary,

D. P. MARCH
Rear Admiral
United States Navy



# DEPARTMENT OF THE NAVY
### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY ACHIEVEMENT MEDAL

TO

Lieutenant Mark Edward Kelly

FOR

Professional Achievement from February 1989 to September 1991

GIVEN THIS *3rd*    DAY OF *October*    ID *91*



Bruce B. Bremner
Rear Admiral, United States Navy

OPNAV 1650/10 (11-81)
S/N 0107-LF-016-5050



# DEPARTMENT OF THE NAVY

COMMANDER MEDIUM ATTACK
TACTICAL ELECTRONIC WARFARE WING
U.S. PACIFIC FLEET
NAVAL AIR STATION, WHIDBEY ISLAND
OAK HARBOR, WASHINGTON 98278-6000

IN REPLY REFER TO:

The Secretary of the Navy takes pleasure in presenting the

NAVY ACHIEVEMENT MEDAL

to

LIEUTENANT

MARK EDWARD KELLY

UNITED STATES NAVY

for service as set forth in the following

CITATION:

"For professional achievement as Educational Services Officer, Naval Air Training and Operating Procedures Standardization Program Officer, Aircraft Division Officer, and Landing Signal Officer, Attack Squadron ONE ONE FIVE from February 1989 to September 1991. Lieutenant Kelly performed his duties in an exemplary and highly professional manner. He prepared and presented Naval Air Training and Operating Procedures Standardization Program training lectures which maintained his squadron and Carrier Air Wing FIVE aircrews at high levels of readiness. His flawless management of six work centers resulted in record breaking wartime accomplishments for his squadron and outstanding results during the post-deployment Aircraft Material Condition Inspection. As Landing Signal Officer Team Leader, he superbly supervised and expertly trained junior Landing Signal Officers. He was widely regarded as the top category I combat pilot in Carrier Air Wing FIVE. Lieutenant Kelly's professionalism and dedication to duty reflected great credit upon himself and were in keeping with the highest traditions of the United States Naval Service."

For the Secretary of the Navy,

BRUCE B. BREMNER
Rear Admiral, United States Navy