# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona, | |
| *Plaintiff*, | Case No. 26-cv-81 |
| v. | |
| PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF SAMUEL F. CALLAHAN IN SUPPORT OF PLAINTIFF SENATOR MARK KELLY'S MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND STAY UNDER 5 U.S.C. § 705**

I, Samuel F. Callahan, declare:

1.      I am an attorney at Arnold & Porter Kaye Scholer LLP. I am admitted to practice in this Court and I represent Plaintiff Senator Mark Kelly in the above-captioned litigation. I submit this declaration in support of Senator Kelly's Motion for a Temporary Restraining Order, Preliminary Injunction, and Stay Under 5 U.S.C. § 705.  It is based on my personal knowledge and on information that has become available to me in the course of this representation.

2.      This declaration attests to relevant social media posts by Senator Kelly, by Defendants, and by other individuals and entities.

3.      Below are true and correct screenshots of social media posts from X and Truth Social that I have viewed. The links reflect the original form and manner in which I viewed these posts.

4.      On November 18, 2025, at 8:30 AM ET, Senator Elissa Slotkin posted the following video on X: Sen. Elissa Slotkin (@SenatorSlotkin), X (Nov. 18, 2025, at 08:30 ET), x.com/SenatorSlotkin/status/1990774492356902948 [perma.cc/8C37-HJLL]. Senator Mark Kelly reposted this video on his X account on the same day.



5.      On November 19, 2025, at 4:19 PM ET, a White House social media account called "Rapid Response 47" posted the following video on X, depicting White House Deputy Chief of Staff Stephen Miller participating in a Fox News interview: Rapid Response 47 (@RapidResponse47), X (Nov. 19, 2025, at 16:19 ET), x.com/RapidResponse47/status/1991255078485835960?s=20 [perma.cc/UVN7-EUQ3].



6.      On November 20, 2025, at 9:08 AM ET, President Donald J. Trump posted the following on Truth Social: Donald Trump (@realDonaldTrump), Truth Social (Nov. 20, 2025, at 09:08 ET), truthsocial.com/@realDonaldTrump/115582417825161974 [perma.cc/M6N2-U6GJ?type=image].



7.      On November 20, 2025, at 9:17 AM ET, President Trump posted the following on Truth Social: Donald Trump (@realDonaldTrump), Truth Social (Nov. 20, 2025, at 09:17 ET), truthsocial.com/@realDonaldTrump/posts/115582451169685243 [perma.cc/RZ8F-B76X?type=image].



8.      On November 20, 2025, at 10:21 AM ET, President Trump posted the following on Truth Social: Donald Trump (@realDonaldTrump), Truth Social (Nov. 20, 2025, at 10:21 ET), truthsocial.com/@realDonaldTrump/posts/115582703277798715 [web.archive.org/web/2025121 4203221/https://truthsocial.com/@realDonaldTrump/posts/115582703277798715].



9.      It is my understanding that on November 21, 2025, President Trump reposted the following on Truth Social. It is my understanding that this post is no longer on President Trump's Truth Social page. The original post is available using a website service, the Internet Archive, which preserves historical snapshots of publicly available webpages as they existed at specific points in time. This particular screenshot was pulled from President Trump's Truth Social page as it appeared on November 21, 2025. It is the twentieth post available at this link: Donald Trump (@realDonaldTrump), Truth Social (Nov. 21, 2025), web.archive.org/web/20251121091506/ https://truthsocial.com/@realDonaldTrump.



10.    On November 20, 2025, at 6:39 PM ET, Senator Kelly posted the following on X: Senator Mark Kelly (@SenMarkKelly), X (Nov. 20, 2025, at 18:39 ET), x.com/SenMarkKelly/status/1991652720306958602 [perma.cc/V7GQ-HXSY].



11.    On November 22, 2025, at 11:18 PM ET, a White House social media account called "Rapid Response 47" posted the following on X: Rapid Response 47 (@RapidResponse47), X (Nov. 22, 2025, at 23:18 ET), x.com/RapidResponse47/status/1992447629641609327 [perma.cc/9ULY-D35J].



12.    On November 22, 2025, at 11:27 PM ET, President Trump posted the following on Truth Social: Donald J. Trump (@realDonaldTrump), Truth Social (Nov. 22, 2025, at 23:27 ET), truthsocial.com/@realDonaldTrump/posts/115597116924552201 [perma.cc/V6XC-XKTZ?type= image].



**Donald J. Trump** ✓ ▶
@realDonaldTrump

MANY GREAT LEGAL SCHOLARS AGREE THAT THE DEMOCRAT TRAITORS THAT TOLD THE MILITARY TO DISOBEY MY ORDERS, AS PRESIDENT, HAVE COMMITTED A CRIME OF SERIOUS PROPORTION!

**9.99k** ReTruths  **36.7k** Likes                Nov 22, 2025, 11:27 PM

13.    On November 23, 2025, at 3:16 PM ET, President Trump posted the following on Truth Social: Donald J. Trump (@realDonaldTrump), Truth Social (Nov. 23, 2025, at 15:16 ET), truthsocial.com/@realDonaldTrump/posts/115600849874066478  [perma.cc/AAP2-YMJ5?type= image].



8

9

14.     On November 23, 2025, at 3:21 PM ET, President Trump posted the following on Truth Social: Donald J. Trump (@realDonaldTrump), Truth Social (Nov. 23, 2025, at 15:21 ET), truthsocial.com/@realDonaldTrump/posts/115600871102876776 [perma.cc/MC8W-2S2D?type= image].



9

15.    On November 24, 2025, at 11:50 AM ET, the Department of Defense posted the following on X: Department of War (@DeptofWar), X (Nov. 24, 2025, at 11:50 ET), x.com/DeptofWar/status/1992999267967905905 [perma.cc/Y98G-HA4C].



10

16.    On November 24, 2025, at 12:27 PM ET, Secretary of Defense Pete Hegseth posted the following on X: Pete Hegseth (@PeteHegseth), X (Nov. 24, 2025, at 12:27 ET), x.com/PeteHegseth/status/1993008532187148582 [perma.cc/CUU8-9DPK].



11

17.    On November 25, 2025, at 7:29 AM ET, Secretary Hegseth posted the following on X: Pete Hegseth (@PeteHegseth), X (Nov. 25, 2025, at 07:29 ET), x.com/petehegseth/status/1993295993321009570?s=46&t=lhrgkUkTYpdTXbRYJMY4mg [perma.cc/QFP4-MKQW].



18.     On November 25, 2025, at 4:46 PM ET, the Department of Defense posted the following on X: Dep't of War (@DeptofWar), X (Nov. 25, 2025, at 16:46 ET), x.com/DeptofWar/status/1993436056008507865 [perma.cc/GKQ6-64YF].



19.    On December 16, 2025, at 9:35 PM ET, Secretary Hegseth posted the following on X: Pete Hegseth (@PeteHegseth), X (Dec. 19, 2025, at 21:35 ET), x.com/PeteHegseth/status/2001118961073639492  [perma.cc/PA4B-RXXG].



20.    On January 5, 2026, at 9:50 AM ET, Secretary Hegseth's official account posted the following on X: Secretary of War Pete Hegseth (@SecWar), X (Jan. 5, 2026, at 09:50 ET), x.com/SecWar/status/2008189258528665898 [perma.cc/679E-92JM].



**Secretary of War Pete Hegseth** ✔ 🟦
@SecWar

Six weeks ago, Senator Mark Kelly — and five other members of Congress — released a reckless and seditious video that was clearly intended to undermine good order and military discipline. As a retired Navy Captain who is still receiving a military pension, Captain Kelly knows he is still accountable to military justice. And the Department of War — and the American people — expect justice.

Therefore, in response to Senator Mark Kelly's seditious statements — and his pattern of reckless misconduct — the Department of War is taking administrative action against Captain Mark E. Kelly, USN (Ret). The department has initiated retirement grade determination proceedings under 10 U.S.C. § 1370(f), with reduction in his retired grade resulting in a corresponding reduction in retired pay.

To ensure this action, the Secretary of War has also issued a formal Letter of Censure, which outlines the totality of Captain (for now) Kelly's reckless misconduct. This Censure is a necessary process step, and will be placed in Captain Kelly's official and permanent military personnel file.

Captain Kelly has been provided notice of the basis for this action and has thirty days to submit a response. The retirement grade determination process directed by Secretary Hegseth will be completed within forty five days.

Captain Kelly's status as a sitting United States Senator does not exempt him from accountability, and further violations could result in further action.

These actions are based on Captain Kelly's public statements from June through December 2025 in which he characterized lawful military operations as illegal and counseled members of the Armed Forces to refuse lawful orders. This conduct was seditious in nature and violated Articles 133 and 134 of the Uniform Code of Military Justice, to which Captain Kelly remains subject as a retired officer receiving pay.

9:50 AM · Jan 5, 2026 · **9.1M** Views

💬 24K          ↻ 38K          ♡ 157K          🔖 5.7K          ↑

15

21.     On January 7, 2026, at 2:40 PM ET, a Department of Defense account called "DOW Rapid Response" posted the following video on X: DOW Rapid Response (@DOWResponse), X (Jan. 7, 2026, at 14:40 ET), x.com/DOWResponse/status/2008987076293984706 [perma.cc/CSK4-RUEU].



16

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct.

Executed in Washington, D.C., on January 12, 2026.

Respectfully submitted,

By:    */s/ Samuel F. Callahan*
       Samuel F. Callahan (DC Bar No. 888314461)
       ARNOLD & PORTER KAYE SCHOLER LLP
       601 Massachusetts Ave NW
       Washington, DC 20001
       (202) 942-6978
       sam.callahan@arnoldporter.com

       *Counsel for Plaintiff*

17