# EXHIBIT E

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona, | |
| *Plaintiff*, | Case No. 26-cv-81 |
| v. | |
| PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*, | |
| *Defendants*. | |

# DECLARATION OF PAUL J. FISHMAN IN SUPPORT OF PLAINTIFF SENATOR MARK KELLY'S MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND STAY UNDER 5 U.S.C. § 705

I, Paul J. Fishman, declare:

1.      I am an attorney at Arnold & Porter Kaye Scholer LLP. I am admitted to practice in this Court and I represent Plaintiff Senator Mark Kelly in the above-captioned litigation. I submit this declaration in support of Senator Kelly's Motion for a Temporary Restraining Order, Preliminary Injunction, and Stay Under 5 U.S.C. § 705.  This declaration, which attests to communications with Defendants, is based on my personal knowledge.

2.      Exhibit 1 is a true and correct copy of a letter dated December 15, 2025, from me to Secretary of the Navy John Phelan. I transmitted this letter via email on December 15, 2025, 4:18 PM ET, to Captain Brent Troyan, Executive Assistant and Special Counsel to the Office of General Counsel of the Department of the Navy.

3.      Exhibit 2 is a true and correct copy of an email I received on December 15, 2025, at 4:47 PM ET, from Captain Troyan.

4.      Exhibit 3 is a true and correct copy of a letter dated December 18, 2025, from me to Secretary of Defense Pete Hegseth. I transmitted this letter via email on December 18, 2025, at 5:48 PM, to Earl G. Matthews, General Counsel of the Department of Defense.

5.      Exhibit 4 is a true and correct copy of an email I received on December 19, 2025, at 8:13 AM ET, from General Counsel Matthews.

6.      Exhibit 5 is a true and correct copy of a letter dated January 5, 2026, from Secretary Hegseth to Senator Mark E. Kelly. Although the document is addressed to Senator Mark E. Kelly, I received it via email on January 5, 2026, at 9:45 AM ET, from Colonel Anthony Fuscellaro, Executive Secretary of the Department of Defense.

7.      Exhibit 6 is a true and correct copy of a letter dated January 5, 2026, from the Chief of Naval Personnel J.J. Czerewko, with the subject line "NOTIFICATION OF RETIREMENT

GRADE DETERMINATION PROCEEDINGS." Although the document is addressed to Senator Mark E. Kelly, I received it via email on January 5, 2026 at 12:12 PM ET, from Captain David A. Melson, Legal Counsel in the Judge Advocate General Corps.

8.    Exhibit 7 is a true and correct copy of a letter dated January 7, 2026, from me to Secretary Hegseth. I transmitted this letter via email on January 7, 2026, at 6:38 PM, to General Counsel Matthews and Colonel Fuscellaro.

9.    Exhibit 8 is a true and correct copy of an email that I received on January 8, 2026, at 8:21 AM, from General Counsel Matthews.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct.

Executed in Newark, New Jersey, on January 12, 2026.

Respectfully submitted,

By:    */s/ Paul J. Fishman*
Paul J. Fishman (DC Bar No. 449014)
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center
Suite 1025
Newark, NJ 07102
(973) 776-1900
paul.fishman@arnoldporter.com

*Counsel for Plaintiff*

# EXHIBIT E-1

# Arnold&Porter

December 15, 2025

**BY EMAIL**

Hon. John Phelan
Secretary of the Navy
1000 Navy Pentagon
Washington, DC  20350

Dear Mr. Secretary:

We represent Senator Mark Kelly.

On November 18, 2025, Senator Kelly and five other members of Congress posted a video in which they reiterated the duty of members of the armed forces to refuse illegal orders. Despite Secretary Hegseth's own repeated public articulation in 2016 of this same fundamental principle of military law, he directed you on November 25 to "review" Senator Kelly's "comments" and provide a "brief" by December 10. Secretary Hegseth's contemporaneous statements, as well as official statements from the Department of Defense, made clear that you were to consider recalling Senator Kelly to active duty for the purpose of a court-martial, and challenging the rank at which he retired.

We now understand from public reporting that you have completed your assignment and that you have submitted your brief to the Department of Defense's Office of General Counsel for "legal review and input."

To be clear: there is no legitimate basis for any type of proceeding against Senator Kelly, and any such effort would be unconstitutional and an extraordinary abuse of power. If the Executive Branch were to move forward in any forum—criminal, disciplinary, or administrative—we will take all appropriate legal action on Senator Kelly's behalf to halt the Administration's unprecedented and dangerous overreach.

Senator Kelly flew thirty-nine combat missions as a Naval Aviator and four space flights as a NASA astronaut. The people of Arizona have elected him twice as their United States Senator. He has dedicated his life and his career to defending our country and its Constitution. He will not stop doing so now.

Sincerely,

Paul J. Fishman

cc:  Earl G. Matthews, General Counsel, Department of Defense;
     Timothy Dill, Performing the Duties of the General Counsel, Department of the Navy

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave, NW  |  Washington, DC 20001-3743  |  **www.arnoldporter.com**

# EXHIBIT E-2

| | |
|---|---|
| **From:** | Troyan, Brent E CAPT USN OGC WASH DC (USA) |
| **To:** | Fishman, Paul J. |
| **Cc:** | ███████████████████████; Curtis, Deborah A.; Smith, Jeffrey H.; Mizer, Benjamin C. |
| **Subject:** | RE: Senator Mark Kelly |
| **Date:** | Monday, December 15, 2025 4:25:50 PM |
| **Attachments:** | image001.png |
| | smime.p7s |
| | ATT00001.txt |
| | ATT00002.htm |

Mr. Fishman,

I acknowledge receipt of your correspondence. Thank you.

Sincerely,
Brent


CAPT Brent Troyan, JAGC, USN
Executive Assistant and Special Counsel
Department of the Navy
Office of the General Counsel
Pentagon, Rm 4E782
Comm: ████████████ / ████████████
NIPR: ████████████ / ████████████████
SIPR: ████████████████████

CUI//PRVCY/LEGAL. PRIVACY SENSITIVE / ATTORNEY WORK PRODUCT. The information contained in this e-mail and/or accompanying documents was prepared and intended for the exclusive use of the individuals to whom it is addressed. It may contain information that is pre-decisional, privileged or protected from release under the Privacy Act, FOIA or other applicable laws. Do not disseminate this e-mail, or its contents, to anyone who does not have an official need for access, or without the express consent of the sender. If you are not the intended recipient, you are on notice that copying, disclosure or any distribution of this message, in any form, is prohibited. Any misuse or unauthorized disclosure can result in both civil and criminal penalties.

---

**From:** Fishman, Paul J. <Paul.Fishman@arnoldporter.com>
**Sent:** Monday, December 15, 2025 4:18 PM
**To:** Troyan, Brent E CAPT USN OGC WASH DC (USA) <████████████████████>
**Cc:** ████████████████████; Curtis, Deborah A. <Deborah.Curtis@arnoldporter.com>; Smith, Jeffrey H. <Jeffrey.Smith@arnoldporter.com>; Mizer, Benjamin C. <Benjamin.Mizer@arnoldporter.com>
**Subject:** [Non-DoD Source] Senator Mark Kelly


Dear Captain Troyan:

I have attached a letter addressed to Secretary Phelan regarding our client, Senator Mark Kelly.  Please confirm receipt.

In addition, please address any correspondence regarding Senator Kelly to our attention.

Best regards,

Paul J. Fishman

_____

Paul J. Fishman
Partner | <u>Bio</u>



One Gateway Center | Suite 1025
Newark, NJ 07102
T: +1 973.776.1901 | M: +1 973.495.4884
<u>Paul.Fishman@arnoldporter.com</u>
<u>www.arnoldporter.com</u> | <u>LinkedIn</u>

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
<u>http://www.arnoldporter.com</u>

# EXHIBIT E-3

# Arnold&Porter

December 18, 2025

**BY EMAIL**
Hon. Pete Hegseth
Secretary of Defense
1000 Defense Pentagon
Washington, DC  20301

Dear Mr. Secretary:

As your office is aware, we represent Senator Mark Kelly. We write regarding press reports that your office "is escalating the preliminary review of Captain Mark Kelly, USN (Ret.), to an official Command Investigation" regarding supposed "serious allegations of misconduct."

The investigation appears to be premised entirely on accurate statements of law that the Senator made in his capacity as a member of the Senate Armed Services Committee. The First Amendment plainly protects those statements, just as it would protect similar statements by other retired servicemembers. In addition, a command investigation of a sitting Member of Congress who is not subject to military command authority would breach numerous constitutional and statutory safeguards.

Disregarding those fundamental defects, your office elected to announce its intentions through the press without communicating with Senator Kelly or his counsel. Now that we are aware of those reports, we request that the Department immediately provide the following information:

1. Has the Department in fact commenced a command investigation concerning Senator Kelly?

2. If so, which official ordered the investigation and under what authority? Which command or office is conducting the investigation?

3. What are the purported "serious allegations of misconduct" under investigation?

4. On what basis does the Department claim to assert jurisdiction over Senator Kelly?

Please direct all further communications regarding this matter to our law firm. We look forward to your prompt reply.

Sincerely,

Paul J. Fishman

cc:   Earl G. Matthews, General Counsel, Department of Defense
      John C. Phelan, Secretary of the Navy

# EXHIBIT E-4

 **Outlook**

---

**Fw: Senator Mark Kelly**

---

**From:** Matthews, Earl G HON (USA) <████████████████>
**Sent:** Friday, December 19, 2025 8:13:36 AM
**To:** Fishman, Paul J. <Paul.Fishman@arnoldporter.com>
**Cc:** Troyan, Brent E CAPT USN OGC WASH DC (USA) <████████████████>; Curtis, Deborah A. <Deborah.Curtis@arnoldporter.com>; Smith, Jeffrey H. <Jeffrey.Smith@arnoldporter.com>; Mizer, Benjamin C. <Benjamin.Mizer@arnoldporter.com>
**Subject:** RE: Senator Mark Kelly

Mr. Fishman:

Receipt confirmed.


Best,
Earl Matthews

Earl G. Matthews
General Counsel
Department of War

Office: 703-695-3341 (DSN 227)

NIPR: ████████████████
SIPR: ████████████████
JWICS: ████████████████

 
*CAUTION: This message, including any attachments, may contain information that is protected by the attorney/client, attorney-work product, deliberative process, or other privileges. Do not disseminate further without approval from the Office of General Counsel, Department of Defense.*

---

**From:** Fishman, Paul J. <Paul.Fishman@arnoldporter.com>
**Sent:** Thursday, December 18, 2025 5:48 PM
**To:** Matthews, Earl G HON (USA) <████████████████>
**Cc:** Troyan, Brent E CAPT USN OGC WASH DC (USA) <████████████████>; Curtis, Deborah A.

<Deborah.Curtis@arnoldporter.com>; Smith, Jeffrey H. <Jeffrey.Smith@arnoldporter.com>; Mizer, Benjamin C. <Benjamin.Mizer@arnoldporter.com>

**Subject:** Senator Mark Kelly

You don't often get email from paul.fishman@arnoldporter.com. Learn why this is important

Daer Mr. Matthews:

I have attached a letter addressed to Secretary Hegseth regarding our client, Senator Mark Kelly. Please confirm receipt.

I am also copying Capt. Brent Troyan on this email so that he can transmit a copy to Secretary Phelan.

Please address any correspondence regarding Senator Kelly to our attention.

Best regards,

Paul J Fishman

_____

Paul J. Fishman

Partner | Bio

## Arnold&Porter

One Gateway Center | Suite 1025
Newark, NJ 07102
T: +1 973.776.1901 | M: +1 973.495.4884
Paul.Fishman@arnoldporter.com
www.arnoldporter.com | LinkedIn

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:

http://www.arnoldporter.com

# EXHIBIT E-5



**SECRETARY OF WAR**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

Captain Mark E. Kelly, USN (Ret)
c/o Arnold & Porter
601 Massachusetts Avenue, NW
Washington, DC 20001-3743

JAN 0 5 2026

ATTN: Mr. Paul J. Fishman, Esq.

### Re: Secretarial Letter of Censure

Dear Captain Kelly:

Pursuant to my authority as Secretary of War, I hereby issue this Secretarial Letter of Censure for conduct that I have determined to be prejudicial to good order and discipline in the Armed Forces of the United States, conduct which brings discredit upon the same and conduct unbecoming an officer.

Between June 2025 and December 2025, you engaged in a sustained pattern of public statements that characterized lawful military operations as illegal and counseled members of the Armed Forces to refuse orders related to those operations.

Additionally, on November 18, 2025, you participated in and distributed a video titled "Don't Give Up the Ship," in which you identified yourself as "a Captain in the United States Navy" and stated: "We want to speak directly to members of the military... This administration is pitting our uniformed military... against American citizens... You can refuse illegal orders. You must refuse illegal orders... Know we have your back... Stand up for our laws, for our Constitution."

On November 20, 2025, you issued a joint statement defending the video and reinforcing your call for refusal of what you characterized as "unlawful orders." On November 21 and 23, 2025, you criticized military leadership for "firing admirals and generals" and surrounding themselves with "yes men," asserting you would "ALWAYS defend the Constitution." On November 25, 2025, you stated that intimidation would not work and called your advice to refuse orders "non-controversial."

Throughout December 2025, you continued to accuse me and senior military officers of war crimes and to frame resistance to lawful orders as protecting against overreach.

It is my determination that your conduct:

1. **Undermines the Chain of Command**: By publicly accusing the Secretary of War and senior military officers of war crimes and characterizing lawful operations as illegal, you have directly attacked the legitimacy of military leadership and the lawfulness of their orders.

2. **Counsels Disobedience**: By telling servicemembers they "can refuse illegal orders" and "must refuse illegal orders" in the context of operations you have specifically characterized as illegal, you have counseled members of the armed forces to refuse lawful orders related to National Guard deployments and counter-narcotics operations.

3. **Creates Confusion About Duty**: Your statements create confusion among servicemembers about their duty to obey lawful orders. When a retired officer with your credentials tells servicemembers that current operations constitute war crimes and illegal orders, it directly prejudices good order and discipline by encouraging servicemembers to second-guess lawful orders.

4. **Brings Discredit Upon the Armed Forces**: Your public accusations of war crimes and illegal conduct by military leadership bring discredit upon the armed forces by falsely portraying lawful military operations as criminal acts.

5. **Is Conduct Unbecoming an Officer**: By counseling servicemembers to refuse orders while simultaneously characterizing specific operations as illegal, you have engaged in conduct that seriously compromises your standing as an officer and brings dishonor to the officer corps.

When viewed in totality, your pattern of conduct demonstrates specific intent to counsel servicemembers to refuse lawful orders. This pattern demonstrates that you were not providing abstract legal education about the duty to refuse patently illegal orders. You were specifically counseling servicemembers to refuse particular operations that you have characterized as illegal.

Your conduct has had, and continues to have, a detrimental impact on military discipline and good order. When a retired officer with a previously distinguished service record and a current position of authority tells servicemembers that their appointed leaders are committing war crimes and that they must refuse orders, it: undermines trust in leadership; creates legal confusion; encourages insubordination; damages morale; and harms public confidence.

For the reasons stated above, I hereby formally CENSURE you for conduct prejudicial to good order and discipline in the armed forces and conduct unbecoming an officer.

Your conduct represents a serious breach of the standards expected of officers in the United States Navy, even in retirement. Your use of your military rank and credentials to undermine lawful military operations and to counsel servicemembers to refuse lawful orders is incompatible with the trust and confidence placed in commissioned officers.

This Letter of Censure will be placed in your official military personnel file.

You have the right to submit a written rebuttal to this Letter of Censure within thirty (30) days of receipt. Any rebuttal you submit will be placed in your official military personnel file along with this Letter of Censure. However, you do not have a right to appeal this administrative action.

Additionally, for the reasons set forth above, I believe good cause exists to reopen the determination of your retired grade under the provisions of 10 U.S.C. §1370. Accordingly, I will direct the Secretary of the Navy to recommend to me whether a reduction in grade is appropriate in your case.

After receiving the Secretary of the Navy's recommendation, I will determine if a reduction is warranted. Any reduction in retired grade would result in a corresponding reduction in retired pay.

I remind you that, as a retired Naval officer, you remain subject to the Uniform Code of Military Justice. If you continue to engage in conduct prejudicial to good order and discipline, you may subject yourself to criminal prosecution or further administrative action. Your status as a sitting United States Senator does not exempt you from accountability for conduct that undermines good order and discipline in our Armed Forces.

# EXHIBIT E-6

**DEPARTMENT OF THE NAVY**
CHIEF OF NAVAL PERSONNEL
701 SOUTH COURTHOUSE ROAD
ARLINGTON VA 22204-2472

1811
N00
5 Jan 26

From:  Chief of Naval Personnel
To:    CAPT Mark E. Kelly, USN (Ret)

Subj:  NOTIFICATION OF RETIREMENT GRADE DETERMINATION PROCEEDINGS

Ref:   (a) Title 10, U.S. Code, Section 1370
       (b) SECNAVINST 1920.6D
       (c) SECWAR ltr of 5 Jan 26

Encl:  (1) Retirement Grade Determination Acknowledgment of Rights Form

1.  In accordance with references (a) through (c), your retirement paygrade will be revisited under the provisions of paragraph 4(a) of enclosure (9) to reference (b).

2.  The factual basis supporting this action is a Secretary of War letter of censure, reference (c).

3.  The Secretary of the Navy will review the circumstances of reference (c) and make a recommendation to the Secretary of War on an appropriate retirement grade.

4.  The least favorable outcome in your case is that your separation is characterized as Honorable and that you are retired at an inferior pay grade.

5.  You may exercise or waive the following rights:

    (a) You may submit a statement (to include matters in mitigation), rebuttal, or decline to make a statement.

    (b) You may confer with appointed military counsel or civilian counsel at no expense to the government as provided in paragraph 3 of enclosure (10) to reference (b).

    (c) You may request copies of the materials that will be forwarded to the Secretary of the Navy to support his recommendation.

6.  Return enclosure (1) within 10 working days of the date of this letter.  Failure to respond shall constitute a waiver of these rights.

J. J. CZEREWKO

DATE: _____

From:  CAPT Mark E. Kelly, USN (Ret)
To:       Chief of Naval Personnel

Subj:  RETIREMENT GRADE DETERMINATION ACKNOWLEDGMENT OF RIGHTS

Ref:      (a) CHNAVPERS ltr 1811 N00 of 5 Jan 26

1.  ( ) I acknowledge receipt of reference (a) informing me of the pending retirement grade determination by the Secretary of the War via the Secretary of the Navy.

2.  ( ) I desire to make a statement (attached).  ( ) I do not desire to make a statement.

3.  My daytime telephone is                    .

4.  My official e-mail address is                    .

5.  My personal e-mail address is                    .


                                    M. E. KELLY

# EXHIBIT E-7

# Arnold&Porter

January 7, 2026

**BY EMAIL**

Hon. Pete Hegseth
Secretary of Defense
1000 Defense Pentagon
Washington, D.C. 20301

Dear Mr. Secretary:

We write on behalf of Senator Mark Kelly regarding your Secretarial Letter of Censure ("the Letter") dated January 5, 2026. That correspondence, though directed to Senator Kelly, is a chilling message to every retired member of the military: if you speak out, and say something that the President or the Secretary of Defense dislikes, you will be censured, threatened with a reduction in retirement grade, or even prosecuted. In other words, the clear implication of your Letter is that those in power will wield their authority to silence voices they find inconvenient— even when the speech is protected by the First Amendment. That warning is not just alarming; it is unconstitutional, as are the "determinations" the Letter recites about Senator Kelly; the "reopening" of his retirement it purports to initiate; and the threats of criminal prosecution it announces.

The Chief of Naval Personnel's Notification of Retirement Grade Determination Proceedings, also dated January 5, 2026—which rests on your Letter as its supposed "factual basis"— compounds the constitutional injury and is patently illegal. Neither you, nor the Department you head, can use bureaucratic might to punish and deter protected speech by a retired veteran, regardless of whether that person is a sitting United States Senator.

Accordingly, you must immediately rescind the Letter; direct the Chief of Naval Personnel to withdraw the Notification; and vacate and halt any other adverse actions against Senator Kelly. To be clear, neither you nor the Department should: (1) take any action to implement or give effect to the Letter's "determination[s]"; (2) make any effort to reopen the grade at which Senator Kelly retired; or (3) include or place the Letter in his military file. You should also withdraw your threat of criminal prosecution.

In addition, given the prospect of litigation or other disputes, we assume that the Department has already taken necessary steps to preserve all documents, electronically stored information, and other tangible materials that are potentially relevant to this matter. You should certainly reinforce that direction now.

# Arnold&Porter

January 7, 2026
Page 2

Please confirm in writing by close of business on January 9 that you have taken all of these steps. If we do not receive a response, we will assume that the Department is continuing to pursue its unconstitutional and unlawful actions, and we will proceed accordingly.

## I.    The Department's Actions Are Unconstitutional and Dangerous

The Letter itself—and the other Departmental actions it proposes, directs, contemplates, or threatens—violate the Constitution in at least four ways, exceed your and the Department's statutory authority, and defy the Administrative Procedure Act. Accordingly, there are compelling legal reasons that require you to halt immediately any further proceedings—and stay the effects of any further determinations, should you nevertheless proceed—pending judicial review. *See* 5 U.S.C. § 705.

First, as you must be aware, the First Amendment forbids the government, including its officials, from punishing or suppressing disfavored expression, *Nat'l Rifle Ass'n v. Vullo*, 602 U.S. 175, 188 (2024), and from retaliating against protected speech, *Lozman v. City of Riviera Beach*, 585 U.S. 87, 90 (2018). Yet the Letter makes clear that the only basis for your targeting Senator Kelly is his political speech on important public issues. Such discipline would, therefore, be unconstitutional for any former member of the military. Moreover, the Supreme Court made clear sixty years ago that the government cannot do what the Department attempts here: punish a legislator for his speech. *Bond v. Floyd*, 385 U.S. 116, 135-37 (1966).

The Department's actions also run roughshod over the Senator's immunity under both the Speech or Debate Clause and core separation-of-powers principles. The Speech or Debate Clause provides absolute immunity for legislative acts. U.S. Const. art. I, § 6, cl. 1. And the separation of powers provides additional protection against the Executive Branch's abusing its power to personally punish members of Congress for acts clearly within the scope of their duties. Here, the statements your Letter ascribes to Senator Kelly relate to his duties as a sitting Senator and member of the Senate Armed Services Committee.

The Letter's conclusions and directions also would deny Senator Kelly the Constitution's right to due process. Indeed, it is hard to imagine a more predetermined outcome of the grade determination you have ordered: the Letter announces your conclusion that Senator Kelly's protected speech "undermines the chain of command," "counsels disobedience," "creates confusion about duty," "brings discredit upon the Armed Forces," and is "unbecoming" of an officer. After such findings by the Secretary—no matter how baseless and unconstitutional they may be—any subsequent procedure for a new grade determination by an inferior officer would be a sham, precisely the kind of preordained decision-making the Due Process Clause forbids. In fact, the Constitution requires notice and a meaningful opportunity to be heard before the government considers whether to deprive Senator Kelly retroactively of the rank he earned with

# Arnold&Porter

January 7, 2026
Page 3

his service. But you have already announced the verdict—and set the machinery in motion to implement it—without affording Senator Kelly the very procedures he fought to protect for all Americans.

The Department's actions also violate statutory limitations. The laws of the United States explicitly provide that officers "*shall* be retired in the highest permanent grade in which such officer is determined to have served on active duty satisfactorily." 10 U.S.C. § 1370(a)(1), (3) (emphasis added); *see Spellissy v. United States*, 103 Fed. Cl. 274, 281 (2012). As your Letter admits, and as Senator Kelly's service records show, he retired as Captain with a "distinguished service record." Accordingly, he was "entitled" to retire at that grade. *Spellissy*, 103 Fed. Cl. at 281-82. There is no statute or regulation that provides the Department with the legal authority to do what your Letter directs: to "reopen" Senator Kelly's grade determination based on his post-retirement speech. And, for all of these reasons—and more—the Department's actions also violate the Administrative Procedure Act.

## II.    The Department Must Preserve All Relevant Records

Given the prospect of litigation or other disputes arising from this matter, we also write to reiterate the Department's fundamental obligation to preserve all documents, electronically stored information, and other tangible materials that are potentially relevant to this matter, including those that anyone in the Department, the White House, or executive agencies considered or reviewed in connection with Senator Kelly's speech, as well as all materials that may be exculpatory or relevant to potential defenses. *See* Fed. R. Civ. P. 37(e); *Brady v. Maryland*, 373 U.S. 83 (1963); R.C.M. 701(a)(6). Of course, the Department is also required by law to preserve all federal records in accordance with the Federal Records Act. *See* 44 U.S.C. § 3101; *Armstrong v. Bush*, 924 F.2d 282, 295 (D.C. Cir. 1991).

Without limitation, the Department's preservation obligations include maintaining the following categories of information:

1. **Communications**, in any form, including hard copy and electronic communications, emails, letters, memos, Signal messages, texts/SMS messages, instant messages/chats, direct messages, voicemail, video/voice messages, meeting chats, posts/comments, attachments, and all drafts, that may contain potentially relevant information to this matter.

    o   Personnel must immediately disable disappearing and auto-delete features on Signal or any other application with disappearing or auto-delete messages.

# Arnold&Porter

January 7, 2026
Page 4

- o  Do not delete or clear chats, uninstall the app, or replace or wipe any devices, whether government or personal, that may contain potentially relevant information to this matter.

2. **Policies, procedures, legal memoranda, manuals, advisories, white papers, or interpretive guidance** that relate in any way to the legal principles at issue in this matter or otherwise contain potentially relevant information.

3. **Doctrine, regulations, directives, manuals, and official guidance** promulgated by the Department or any military service that articulate, explain, or discuss the legal obligation to refuse unlawful orders or otherwise contain potentially relevant information to this matter.

4. **Associated metadata** sufficient to identify authorship, dissemination, and chronology of any of these records.

This preservation obligation applies to all relevant custodians; official systems, devices, and repositories, including but not limited to email systems, messaging platforms, shared drives, learning management systems; as well as relevant communications on personal devices.

Once again, please confirm in writing by January 9 that the Department has taken all appropriate preservation measures.

\* \* \*

Senator Kelly earned his rank and retirement through years of sacrifice. He will continue to fight for the Constitution he has proudly defended his entire career.

Sincerely,

Paul J. Fishman

cc:    Hon. Earl G. Matthews, General Counsel, Department of Defense
       Hon. John C. Phelan, Secretary of the Navy

# EXHIBIT E-8

 Outlook

---

**Fw: Senator Mark Kelly**

---

**From:** Matthews, Earl G HON (USA) <█████████████████>
**Sent:** Thursday, January 8, 2026 8:21 AM
**To:** Fishman, Paul J. <Paul.Fishman@arnoldporter.com>; Fuscellaro, Anthony COL USARMY OSW SECWAR (USA)
<█████████████>
**Cc:** Curtis, Deborah A. <Deborah.Curtis@arnoldporter.com>; Mizer, Benjamin C.
<Benjamin.Mizer@arnoldporter.com>; Smith, Jeffrey H. <Jeffrey.Smith@arnoldporter.com>; Troyan, Brent E CAPT
USN OGC WASH DC (USA) <████████████████>; Flynn, Shawn M SES (USA)
<█████████████████>; Nicholson, Brian P CIV OSD OGC (USA) █████████████ >
**Subject:** RE: Senator Mark Kelly

Mr. Fishman:

This email is to acknowledge receipt of your 7 January 2026 letter to Secretary Hegseth.  We will
preserve all relevant materials as required by law.  Thank You.


Regards,

Earl G. Matthews
General Counsel
Department of War

Office: 703-695-3341 (DSN 227)

NIPR: ██████████████
SIPR: ████████████████
JWICS: ████████████

   *CAUTION: This message, including any attachments, may contain information that is
protected by the attorney/client, attorney-work product, deliberative process, or other
privileges. Do not disseminate further without approval from the Office of General
Counsel, Department of Defense.*

---

**From:** Fishman, Paul J. <Paul.Fishman@arnoldporter.com>
**Sent:** Wednesday, January 7, 2026 6:38 PM
**To:** Matthews, Earl G HON (USA) <███████████████████>; Fuscellaro, Anthony COL USARMY OSW
SECWAR (USA) <████████████ >
**Cc:** Curtis, Deborah A. <Deborah.Curtis@arnoldporter.com>; Mizer, Benjamin C.
<Benjamin.Mizer@arnoldporter.com>; Smith, Jeffrey H. <Jeffrey.Smith@arnoldporter.com>; Troyan, Brent E CAPT

USN OGC WASH DC (USA) ███████████████████ >

**Subject:** Senator Mark Kelly

You don't often get email from paul.fishman@arnoldporter.com. Learn why this is important

Mr. Matthews & Col. Fuscellaro:

On behalf of Senator Mark Kelly, I enclose a letter to Secretary Hegseth.

I have also copied Capt. Troyan for transmission of a copy to Secretary Phelan.

I would appreciate your confirming receipt.

Best regards,

_____

Paul J. Fishman

Partner | Bio

## Arnold & Porter

One Gateway Center | Suite 1025

Newark, NJ 07102

T: +1 973.776.1901 | M: +1 973.495.4884

Paul.Fishman@arnoldporter.com

www.arnoldporter.com | LinkedIn

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

---

For more information about Arnold & Porter, click here:

http://www.arnoldporter.com