UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona,<br><br>*Plaintiff*,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,<br><br>*Defendants*. | Case No. 26-cv-81 |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and Stay Under 5 U.S.C. § 705, and the accompanying memorandum of law and supporting declarations and exhibits, and finding good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that, pending resolution of Plaintiff's underlying claims, Defendants are restrained from implementing, enforcing, or otherwise giving effect to Secretary of Defense Hegseth's Secretarial Letter of Censure dated January 5, 2026 (the "Letter") censuring Plaintiff, determining that good cause exists to reopen the determination of Plaintiff's retirement grade, and reopening Plaintiff's retirement grade determination.

**ORDERED** that, pending resolution of Plaintiff's underlying claims, Defendants are restrained from implementing, enforcing, or otherwise giving effect to the Department of the Navy's Notification of Retirement Grade Determination Proceedings dated January 5, 2026 (the "Notification").

2

**ORDERED** that Defendants—including their officers, agents, servants, employees, attorneys, and all persons acting in concert with them—are further directed to: (1) refrain from taking any other action in reliance on the findings, determinations, or threats of additional criminal or administrative action contained in the Letter; (2) take no steps, and undo any steps already taken, to place the Letter in Plaintiff's file; (3) refrain from relying on the Letter in any military or other agency proceeding; (4) not revisit Senator Kelly's grade determination; and (5) not adjust Plaintiff's grade pursuant to the Letter or Notification.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE