UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona,<br><br>*Plaintiff*,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,<br><br>*Defendants*. | No. 26-cv-81 |

### DECLARATION OF BENJAMIN C. MIZER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2(c) and LCvR 44.1(c)(2), I, Benjamin C. Mizer, declare as follows:

1. My name is Benjamin C. Mizer.

2. I am a member in good standing of the bars of the State of New York (NY Bar No. 4108601), the State of Ohio (OH Bar No. 83089), and the District of Columbia (DC Bar No. 204906), and I am licensed to practice in the State of New York, the State of Ohio, and the District of Columbia.

3. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP. My office address is 601 Massachusetts Ave. NW, Washington, D.C., 20001. My office telephone number is (202) 942-6106.

4. In addition to the State of New York, State of Ohio, and District of Columbia, I have been admitted to the following federal bars:

- U.S. Supreme Court

- U.S. Court of Appeals for the D.C. Circuit

- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Fourth Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. District Court for the Southern District of Ohio

5. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee, or administrative body.

6. I have never had any proceedings instituted against me that could lead to any such disciplinary action.

7. I have not been admitted *pro hac vice* to this Court in the last two years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Dated: January 12, 2026 | Respectfully Submitted,<br><br>By: _____<br>Benjamin C. Mizer<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 942-6106<br>Facsimile: (202) 942-5999<br>benjamin.mizer@arnoldporter.com<br><br>*Counsel for Plaintiff* |

3