AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Mark Kelly, United States Senator representing the State of Arizona<br>*Plaintiff*<br>v.<br>Pete Hegseth, in his official capacity as Secretary of Defense, *et al.*<br>*Defendant* | )<br>)<br>)  Case No.  26-cv-81<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mark Kelly, United States Senator representing the State of Arizona.

Date: 1/14/2026

/s/ Paul J. Fishman
*Attorney's signature*

Paul J. Fishman (DC Bar No. 449014)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center
Suite 1025
Newark, NJ 07102
*Address*

paul.fishman@arnoldporter.com
*E-mail address*

(973) 776-1901
*Telephone number*

(973) 776-1919
*FAX number*