AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Mark Kelly, United States Senator representing the State of Arizona | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 26-cv-81 |
| Pete Hegseth, in his official capacity as Secretary of Defense, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mark Kelly, United States Senator representing the State of Arizona.

Date: 1/14/2026

/s/ Samuel F. Callahan
*Attorney's signature*

Samuel F. Callahan (DC Bar No. 888314461)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001

*Address*

sam.callahan@arnoldporter.com
*E-mail address*

(202) 942-6978
*Telephone number*

(202) 942-5999
*FAX number*