UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona,<br><br>*Plaintiff*,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,<br><br>*Defendants*. | Case No. 26-cv-81 |

## JOINT MOTION FOR SCHEDULING ORDER

Plaintiff Senator Mark Kelly and Defendants Secretary Pete Hegseth, the U.S. Department of Defense, Secretary John Phelan, and the U.S. Department of the Navy respectfully move the Court for a scheduling order. In support of this joint motion, the parties state as follows:

1. Senator Kelly filed this action on January 12, 2026. ECF No. 1. As detailed in Plaintiff's Complaint, this action challenges Secretary Hegseth's January 5, 2026, Letter of Censure against Senator Kelly and the Department of the Navy's reopening of Senator Kelly's retirement grade. Currently, the notification of grade reopening directs Senator Kelly to respond by January 20, 2026, and the Letter of Censure directs that he submit his rebuttal by February 4, 2026.

2. Because of the imminence of Defendants' deadlines, Senator Kelly also filed on January 12, 2026, an Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and Stay Under 5 U.S.C. § 705. ECF No. 2. In his motion, Senator Kelly asked this Court to issue a temporary restraining order, preliminary injunction, and stay under 5 U.S.C. § 705

halting the effect of the Secretarial Letter of Censure, the reopening of his retirement grade, and all current or future proceedings predicated on these actions. ECF No. 2 at 1; *see also* ECF No. 2-7 (proposed order).

3. On January 12, 2026, the Court ordered Defendants to file a response to Senator Kelly's motion no later than 10:00 AM on Thursday, January 15, 2026, and scheduled a hearing on the motion for 4:00 PM that day. *See* Min. Order (Jan. 12, 2026).

4. Counsel for the parties have conferred and have agreed upon a more streamlined process to facilitate the Court's consideration. If the Court enters the parties' proposed schedule:

   a. Defendants agree (1) to change their January 20 deadline for Senator Kelly to respond to the retirement grade administrative proceeding to February 4, 2026, and (2) to refrain from relying in any way on the determinations in the Letter of Censure until this Court resolves Plaintiff's request for a preliminary injunction and stay under 5 U.S.C. § 705.

   b. While Senator Kelly maintains that he faces ongoing irreparable harm, he agrees—conditioned on Defendants' above postponement of the grade-determination response deadline—to withdraw his request for a temporary restraining order and requests that the Court convert his Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and Stay Under 5 U.S.C. § 705 to a motion for preliminary injunction and stay under 5 U.S.C. § 705.

5. The parties propose the following schedule:

   a. Defendants will file their response to Plaintiff's motion by **Tuesday, January 20 at 3:00 PM**.

      b.      Plaintiff will file his reply by **Thursday, January 22 at 5:00 PM**.

6.      If convenient for the Court's calendar, the parties will make themselves available for a hearing on Friday, January 23, 2026.

7.      Senator Kelly respectfully requests that the Court rule on his motion a preliminary injunction and stay under 5 U.S.C. § 705 by January 29, 2026. That schedule will permit any necessary appellate proceedings following the Court's decision before the February 4, 2026, deadline for Senator Kelly to respond to both the retirement grade reopening and the Letter of Censure.

8.      For these reasons, the parties respectfully request that the Court enter the proposed scheduling order; vacate the hearing scheduled for Thursday, January 15, 2026; reschedule the hearing for Friday, January 23, 2026, or at the Court's earliest convenience; and convert Senator Kelly's Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and Stay Under 5 U.S.C. § 705 to a motion for preliminary injunction and stay under 5 U.S.C. § 705.

9.      A proposed order is enclosed.

Dated: January 14, 2026              Respectfully submitted,

By:    */s/ Paul J. Fishman*
         Paul J. Fishman (DC Bar No. 449014)
         ARNOLD & PORTER KAYE SCHOLER LLP
         One Gateway Center
         Suite 1025
         Newark, NJ 07102
         (973) 776–1900
         paul.fishman@arnoldporter.com

         Benjamin C. Mizer (DC Bar No. 204906)
          (*pro hac vice* pending)
         Deborah A. Curtis (DC Bar No. 451716)
         Jeffrey H. Smith (DC Bar No. 419-521)
         Samuel F. Callahan (DC Bar No. 888314461)

Bonnie E. Devany (*pro hac vice* forthcoming)[*]
Aaron X. Sobel (DC Bar No. 90018659)
 (*pro hac vice* forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942–5000
benjamin.mizer@arnoldporter.com
deborah.curtis@arnoldporter.com
jeffrey.smith@arnoldporter.com
sam.callahan@arnoldporter.com
bonnie.devany@arnoldporter.com
aaron.sobel@arnoldporter.com

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ERIC HAMILTON
Deputy Assistant Attorney General

JOSEPH BORSON
Assistant Director

JEAN LIN
Special Litigation Counsel

*/s/ John Bailey*
JOHN BAILEY
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov

*Counsel for Defendants*

---

[*] *Admitted only in Texas; practicing in D.C. pursuant to D.C. Ct. of Appeals R. 49(c)(8), under supervision of D.C. Bar Members.*