AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Mark Kelly, United States Senator representing the State of Arizona

*Plaintiff*

v.   Case No. 26-cv-81

Pete Hegseth, in his official capacity as Secretary of Defense, et al.

*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mark Kelly, United States Senator representing the State of Arizona.

Date: 1/14/2026

/s/ Deborah A. Curtis
*Attorney's signature*

Deborah A. Curtis (DC Bar No. 451716)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
*Address*

deborah.curtis@arnoldporter.com
*E-mail address*

(202) 942-5081
*Telephone number*

(202) 942-5999
*FAX number*