AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Mark Kelly, United States Senator representing the State of Arizona<br>*Plaintiff*<br>v.<br>Pete Hegseth, in his official capacity as Secretary of Defense, et al.<br>*Defendant* | )<br>)<br>)  Case No. 26-cv-81<br>)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mark Kelly, United States Senator representing the State of Arizona.

Date: 1/15/2026

/s/ Benjamin C. Mizer
*Attorney's signature*

Benjamin C. Mizer (DC Bar No. 204906)
*Printed name and bar number*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
*Address*

benjamin.mizer@arnoldporter.com
*E-mail address*

(202) 942-6106
*Telephone number*

(202) 942-5999
*FAX number*