UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona,<br><br>*Plaintiff*,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,<br><br>*Defendants*. | Case No. 26-cv-81 |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion for Scheduling Order, and finding good cause shown, the motion is **GRANTED**. It is further:

**ORDERED** that Plaintiff's Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and Stay Under 5 U.S.C. § 705, ECF No. 2, is **CONVERTED** to a Motion for Preliminary Injunction and Stay under 5 U.S.C. § 705.

**ORDERED** that Defendants shall file a response to Plaintiff's motion no later than January 22, 2026, at 5:00 PM, and Plaintiff shall file a reply to Defendants' response no later than January 26, 2026, at 5:00 PM.

_____
Judge Richard J. Leon