# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona,<br><br>*Plaintiff,*<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,<br><br>*Defendants.* | Case No.: 1:26-cv-00081-RJL<br><br>No Oral Argument Requested |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FORMER SERVICE SECRETARIES, RETIRED SENIOR MILITARY OFFICERS, AND VET VOICE FOUNDATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND STAY UNDER 5 U.S.C. § 705**

Kristy Parker
  *Counsel of Record*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington, D.C. 20006
Tel: (202) 579-4582
Fax: (202) 769-3176
kristy.parker@protectdemocracy.org

J. Andrew Boyle*
Maithreyi Ratakonda*
Christine P. Sun*
STATES UNITED DEMOCRACY CENTER
45 Main Street, Suite 320
Brooklyn, NY 11201
Tel: (202) 999-9305
andrew@statesunited.org
mai@statesunited.org
christine@statesunited.org

*Counsel for Amici Curiae*

Conor Gaffney*
PROTECT DEMOCRACY PROJECT
201 St. Charles Ave, Suite 114
New Orleans, LA 70170
Tel: (202) 579-4582
Fax: (202) 769-3176
conor.gaffney@protectdemocracy.org

Beau C. Tremitiere**
Lauren Groth*
PROTECT DEMOCRACY PROJECT
300 Center Ave, Suite G-251
Superior, CO 80027
Tel: (202) 579-4582
Fax: (202) 769-3176
beau.tremitiere@protectdemocracy.org
lauren.groth@protectdemocracy.org

*Pro Hac Vice forthcoming.

**Application for admission to D.D.C. accepted. Oath of admission forthcoming.

Forty-one former service secretaries and retired senior military officers and Vet Voice Foundation respectfully move this Court for leave to appear as *amici curiae* and to file the proposed brief, attached hereto. Plaintiff Senator Kelly and Defendants Secretary Pete Hegseth, Secretary Phelan, the U.S. Department of Defense, and the U.S. Department of the Navy have all consented to the filing of this brief.

*Amici* have a strong interest in the matters addressed in this case and believe their views on the issues of military and constitutional law presented in this case could assist the Court. The views and information provided by *amici* are not otherwise addressed in detail in any party's brief filed to date. The same is likely to be true in future party filings.

Individual *amici* include a former Secretary of the Army and a former Secretary of the Navy, as well as thirty-nine retired general and flag officers who served in leadership positions of the U.S. Navy, U.S. Coast Guard, U.S. Army, U.S. Air Force, and U.S. Marine Corps. Through their extensive service and leadership roles, they have demonstrated commitment to and expertise in promoting a disciplined and strong military as well as ensuring the security of the United States. Collectively, *amici* served under each president from Dwight D. Eisenhower to Donald J. Trump. Additional background about each individual is provided in the appendix at the end of the attached brief.

*Amici* Vet Voice Foundation (VVF) is a veteran-led, non-profit, non-partisan organization representing almost two million veterans, military family members, and their supporters. VVF represents veterans and military families across the political spectrum and across the country. It strives to support them and their interests, including by championing policies and actions that protect our country's freedoms and advance our national security.

*Amici* have important and relevant perspectives on the issues in this case. *Amici* submit

this brief to ensure that the perspective of former high-ranking civilian and military leaders, veterans of all ranks, and their families—based on their knowledge of and service in the military and their strong interest in its integrity and reputation—is represented before this Court. *Amici* understand the paramount duty of our service members to protect and uphold the Constitution within the command structure and hierarchical nature of the armed forces. Like Senator Kelly, nearly all *amici* are veterans who, according to Defendants, remain subject to the jurisdiction of the Uniform Code of Military Justice. *Amici* believe it is their civic duty to speak—as they do here with submission of this brief—with care and candor on matters of public concern. They are deeply concerned by actions of the U.S. government that chill honest and thoughtful public participation of those who served their nation in uniform.

    All the requirements for a brief of *amici curiae* before this Court are satisfied. The proposed brief is timely and will not delay the Court's resolution of Plaintiff's pending motion given that it is filed before briefing on Plaintiff's motion has concluded. No counsel for either party authored the proposed brief in whole or part. No person other than the *amici* or their counsel contributed money intended to fund the preparation or submission of the proposed brief. *See* Fed. R. App. P. 29(a)(4)(E). And all parties have consented to the filing of this brief of *amici curiae*.

    For the foregoing reasons, *amici* respectfully request this Court's leave to appear as *amici curiae* and to deem the accompanying proposed brief of *amici curiae* filed.

Respectfully Submitted,

Dated: January 20, 2026 /s/ Kristy Parker

| | |
|---|---|
| Kristy Parker<br>   *Counsel of Record*<br>PROTECT DEMOCRACY PROJECT<br>2020 Pennsylvania Ave. NW, Suite #163<br>Washington, D.C. 20006<br>Tel: (202) 579-4582<br>Fax: (202) 769-3176<br>kristy.parker@protectdemocracy.org | Conor Gaffney*<br>PROTECT DEMOCRACY PROJECT<br>201 St. Charles Ave, Suite 114<br>New Orleans, LA 70170<br>Tel: (202) 579-4582<br>Fax: (202) 769-3176<br>conor.gaffney@protectdemocracy.org |
| J. Andrew Boyle*<br>Maithreyi Ratakonda*<br>Christine P. Sun*<br>STATES UNITED DEMOCRACY CENTER<br>45 Main Street, Suite 320<br>Brooklyn, NY 11201<br>Tel: (202) 999-9305<br>andrew@statesunited.org<br>mai@statesunited.org<br>christine@statesunited.org<br><br>*Counsel for Amici Curiae* | Beau C. Tremitiere**<br>Lauren Groth*<br>PROTECT DEMOCRACY PROJECT<br>300 Center Ave, Suite G-251<br>Superior, CO 80027<br>Tel: (202) 579-4582<br>Fax: (202) 769-3176<br>beau.tremitiere@protectdemocracy.org<br>lauren.groth@protectdemocracy.org<br><br>*Pro Hac Vice forthcoming.*<br><br>**Application for admission to D.D.C. accepted. Oath of admission forthcoming.* |

**CERTIFICATE OF SERVICE**

  I, Kristy Parker, hereby certify that on January 20, 2026, I electronically filed the foregoing Motion for Leave to File Brief of Amici Curiae Former Service Secretaries, Retired Senior Military Officers, and Vet Voice Foundation with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

Dated: January 20, 2026              /s/ Kristy Parker
                            Kristy Parker