UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona, <br><br> *Plaintiff*, <br><br> *v.* <br><br> PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*, <br><br> *Defendants*. | No. 26-cv-81 |

**DECLARATION OF JEFFREY H. SMITH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2(c), I, Jeffrey H. Smith, declare as follows:

1. My name is Jeffrey H. Smith.

2. I am a member in good standing of the bar of the District of Columbia (DC Bar No. 419-521) and am licensed to practice in the District of Columbia. I am not a member of any other bar.

3. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP. My office address is 601 Massachusetts Ave. NW, Washington, D.C., 20001. My office telephone number is (202) 942-5115.

4. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee, or administrative body.

5. I have never had any proceedings instituted against me that could lead to any such disciplinary action.

6.  I have not been admitted *pro hac vice* to this Court in the last two years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Dated: January 20, 2026   By: */s/ Jeffrey H. Smith*
Jeffrey H. Smith
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Telephone: (202) 942-5115
Facsimile: (202) 942-5999
jeffrey.smith@arnoldporter.com

*Counsel for Plaintiff*

2