UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona,<br><br>*Plaintiff*,<br><br>*v.*<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,<br><br>*Defendants*. | No. 26-cv-81 |

**DECLARATION OF BONNIE DEVANY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2(c), I, Bonnie Devany, declare as follows:

1. My name is Bonnie Devany.

2. I am a member in good standing of the State Bar of Texas (TX Bar No. 24131173) and am licensed to practice in the State of Texas. I am practicing in D.C. pursuant to D.C. Ct. of Appeals R. 49(c)(8) during the pendency of my application for admission to the D.C. Bar and under the supervision of lawyers in the firm who are members in good standing of the D.C. Bar.

3. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP. My office address is 601 Massachusetts Ave. NW, Washington, D.C., 20001. My office telephone number is (202) 942-6834.

4. I have also been admitted to the following federal courts:

    - U.S. Court of Appeals for the Fifth Circuit
    - U.S. District Court for the Western District of Texas

5. I have never been denied admission, disbarred, suspended from practice, reprimanded,

denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee, or administrative body.

6. I have never had any proceedings instituted against me that could lead to any such disciplinary action.

7. I have been admitted *pro hac vice* to this Court once in the last two years.

8. I have a pending application for membership with the D.C. Bar (submitted June 2025).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2026    Respectfully Submitted,

By: */s/ Bonnie E. Devany*
Bonnie E. Devany[*]
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Telephone: (202) 942-6834
Facsimile: (202) 942-5999
bonnie.devany@arnoldporter.com

*Counsel for Plaintiff*

---

[*] *Admitted only in Texas; practicing in D.C. pursuant to D.C. Ct. of Appeals R. 49(c)(8), under supervision of D.C. Bar Members.*