# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PETE HEGSETH, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:26-cv-00081 |

## DECLARATION OF COL. (RET.) RICKY D. BURIA

Pursuant to 28 U.S.C. § 1746, I, Col. (Ret.) Ricky D. Buria, declare as follows:

1. I am employed as Chief of Staff to the Secretary of War.

2. I have served in this position since December 2025. Previously, I served as a Senior Advisor to the Secretary of War from April 2025, until my appointment as Chief of Staff.

3. In my current role, I am responsible for leading the Secretary of War's executive staff and providing counsel and advice to the Secretary on all matters concerning the Department. As part of my duties, I advise the Secretary on matters related to the Department's priorities, military activities and personnel, and Secretarial communications.

4. I make this declaration in support of Defendants' opposition to Plaintiffs' motion for preliminary injunction and 5 U.S.C. § 705 Stay (ECF No. 2).

5. Plaintiff is a retired Navy Captain and a sitting U.S. Senator. In 2025, Plaintiff made a series of public statements on social media and in news interviews in which he criticized and

questioned the legitimacy of specific U.S. military operations and directives and urged U.S. servicemembers to refuse to follow orders he characterized as unlawful.

6. Secretary of War Pete Hegseth reviewed Plaintiff's statements, and on January 5, 2026, the Secretary issued a Secretarial Letter of Censure ("Censure Letter") to Plaintiff based on the Secretary's determination that Plaintiff's statements constituted "a serious breach of the standards expected of officers in the United States Navy, even in retirement." Secretary Hegseth determined that Plaintiff's statements undermined respect for the military chain of command and encouraged servicemembers to refuse certain orders and disobey lawful command authority. In the Censure Letter, Secretary Hegseth also stated that "good cause exists to reopen the determination of [Plaintiff's] retired grade under the provisions of 10 U.S.C. § 1370" and directed the Secretary of the Navy to recommend "whether a reduction in grade is appropriate."

7. In the course of my duties, I reviewed Plaintiff's statements and assisted in preparing the Censure Letter. All of the statements relied upon in the Censure Letter were public statements that Plaintiff made on social media and in news interviews. None of the statements relied upon were made by Plaintiff as part of a legislative act, such as a speech on the Senate floor or participation in a Senate committee proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22th day of January, 2026.

_____
Ricky D. Buria
Chief of Staff, Secretary of War
Department of War