IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK KELLY, United States Senator representing the State of Arizona,

    *Plaintiff,*

v.

PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,

    *Defendants.*

Case No.: 1:26-cv-00081-RJL

## DECLARATION OF CHRISTINE P. SUN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. My name is Christine P. Sun.

2. I am a member in good standing of the bar of the state of California (California Bar No. 218701) and am licensed to practice in the State of California and New York.

3. I am counsel at States United Democracy Center, 1101 17th St. N.W., Suite 250, Washington, D.C. 20036.

4. I have been admitted to the following federal bars:

    a. United States District Court for the Northern District of California

    b. United States District Court for the Central District of California

    c. United States District Court for the Eastern District of California

    d. United States District Court for the Middle District of Tennessee

    e. United States District Court for the Eastern District of Tennessee

    f. United States District Court for the District of Colorado

    g. United States Court of Appeals for the Ninth Circuit

    h. United States Court of Appeals for the D.C. Circuit

    i. Supreme Court of the United States

5. I certify that I have never been denied admission, disbarred, suspended, reprimanded, or otherwise disciplined by and court, bar association, grievance committee or administrative body.

6. I have not been admitted pro hac vice to this court in the last two years.

In accordance with 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Executed and Submitted on,

Dated: January 23, 2026

Christine P. Sun
STATES UNITED DEMOCRACY CENTER
1101 17th St. NW, Suite 250
Washington, D.C. 20036
Tel: (202) 999-9305
christine@statesunited.org