IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona,<br><br>*Plaintiff,*<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,<br><br>*Defendants.* | Case No.: 1:26-cv-00081-RJL<br><br>No Oral Argument Requested |

### MOTION FOR ADMISSION *PRO HAC VICE* OF LAUREN GROTH

Pursuant to LCvR 83.2(c) of the Rules of the United States District Court for the District of Columbia, I, Kristy Parker, undersigned counsel for *Amici Curiae*, Former Service Secretaries, Retired Senior Military Officers and Vet Voice Foundation respectfully move this Court for entry of the attached Order admitting Lauren Groth to appear pro hac vice as co-counsel for Amici Curiae. In support of this Motion, I declare as follows*:*

1. I am a member in good standing of the Bar of this court and am licensed to practice in the District of Columbia (DC Bar No. 1542111).

2. Ms. Groth is a member in good standing of the bar of the state Colorado (Colorado Bar No. 47413) and is licensed to practice in the State of Colorado.

3. Ms. Groth has been admitted to the following federal bars:

    a. District Court for the District of Colorado

    b. U.S. Court of Appeals for the Tenth Circuit

2

4. Ms. Groth is contracted counsel at Protect Democracy Project 300 Center Ave, Suite G-251 Superior, CO 80027.

5. Attached hereto is the Declaration of Lauren Groth, in accordance with LCvR 83.2.

6. Ms. Groth will abide by the Civil Rules of the United States District Court for the District of Columbia and other rules of this Court. This Motion and the attached Declaration meet all the requirements of the Civil Rules of the United States District Court for the District of Columbia, including LCvR 83.2.

WHEREFORE, for the foregoing reasons, on behalf of *Amici Curiae*, I respectfully request that the court enter the attached order.

Respectfully Submitted,

Dated: January 27, 2026               /s/ Kristy Parker

                                                  Kristy Parker
                                                  PROTECT DEMOCRACY PROJECT
                                                  2020 Pennsylvania Ave. NW, Suite #163
                                                  Washington, D.C. 20006
                                                  Tel: (202) 579-4582
                                                  Fax: (202) 769-3176
                                                  kristy.parker@protectdemocracy.org

                                                  *Lead Counsel for Amici Curiae*