AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| MARK KELLY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-00081-RJL |
| PETE HEGSETH | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Former Service Secretaries, Retired Senior Military Officers, and Vet Voice Foundation.

Date: 2/5/2026

/s/ Christine P. Sun
*Attorney's signature*

Christine P. Sun (California Bar No. 218701)
*Printed name and bar number*

States United Democracy Center
95 Third Street, 2nd Floor,
San Francisco, California, 94103

*Address*

christine@statesunited.org
*E-mail address*

(202) 999-9305
*Telephone number*

*FAX number*