AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| MARK KELLY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-00081-RJL |
| PETE HEGSETH | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Former Service Secretaries, Retired Senior Military Officers, and Vet Voice Foundation.

Date: 02/06/2026

/s/ Maithreyi Ratakonda
*Attorney's signature*

Maithreyi Ratakonda (New York Bar No. 5060124)
*Printed name and bar number*
States United Democracy Center
45 Main Street, Suite 320,
Brooklyn, NY 1120

*Address*

mai@statesunited.org
*E-mail address*

(202) 999-9305
*Telephone number*

*FAX number*