## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK KELLY, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Case No. 26-81 (RJL) |
|  | ) |
| PETE HEGSETH, *et al.*, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## ORDER
February __12__ 2026 [Dkt. #2]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff Mark Kelly's [Dkt. #2] Motion for Preliminary Injunction

and Stay under 5 U.S.C. § 705 is **GRANTED** in part; and it is further

**ORDERED** that Defendants and their agents are preliminarily **ENJOINED** from

implementing, enforcing, or otherwise giving effect to the Secretarial Letter of Censure

dated January 5, 2026 and addressed to Plaintiff ("the Letter"); and it is further

**ORDERED** that Defendants and their agents are preliminarily **ENJOINED** from

implementing, enforcing, or otherwise giving effect to the Department of Navy's

Notification of Retirement Grade Determination Proceedings dated January 5, 2026 and

addressed to Plaintiff ("the Notification"); and it is further

1

**ORDERED** that Defendants; Defendants' officers, agents, servants, employees, and attorneys; and all other persons in active concert with Defendants are preliminarily **ENJOINED** from:

(1) taking any other action in reliance on the findings, determinations, or threats of additional criminal or administrative action contained in the Letter;

(2) taking any steps to place the Letter in Plaintiff's file;

(3) relying on the Letter, or on the findings or determinations made therein, in any military, agency, or criminal proceeding;

(4) taking any steps to revisit Plaintiff's grade determination; and

(5) adjusting Plaintiff's grade pursuant to the Letter or Notification; and it is further

**ORDERED** that the parties shall file a joint status report within 30 days proposing further proceedings in this case.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge