UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY,<br><br>      Plaintiff,<br><br>v.<br><br>PETE HEGSETH, *et al.*,<br><br>      Defendants. | Civil Action No. 1:26-CV-00081 |

## DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's February 12, 2026 Memorandum Opinion and Order.  *See* ECF Nos. 37, 38.

Dated: February 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC HAMILTON
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel

JOSEPH E. BORSON
Assistant Branch Director

*/s/ John Bailey*
JOHN BAILEY
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division

950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov

*Counsel for Defendants*