UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona,<br><br>*Plaintiff*,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,<br><br>*Defendants*. | Case No. 26-cv-81 |

**JOINT STATUS REPORT**

Pursuant to the Court's February 12, 2026, Order, ECF No. 38, Plaintiff Senator Mark Kelly and Defendants Secretary Pete Hegseth, the U.S. Department of Defense, Secretary John Phelan, and the U.S. Department of the Navy respectfully submit this Joint Status Report.

1. Senator Kelly filed this action on January 12, 2026, challenging Secretary Hegseth's January 5, 2026, Letter of Censure against Senator Kelly and the Department of the Navy's reopening of Senator Kelly's retirement grade. ECF No. 1. Senator Kelly moved for a preliminary injunction and stay under 5 U.S.C. § 705. ECF No. 2.

2. On February 12, 2026, the Court granted Senator Kelly's motion for a preliminary injunction on his First Amendment claim, finding that Senator Kelly had "made the requisite showing both as to justiciability and as to the merits of his First Amendment claim" and that Senator Kelly would "suffer irreparable harm in the absence of preliminary relief." Mem. Op. at 8, 26, ECF No. 37 (citation omitted); Order, ECF No. 38.

3. On February 24, 2026, Defendants filed a notice of appeal of the Court's opinion and order granting Senator Kelly's motion for a preliminary injunction. ECF 40.

4. Defendants filed an unopposed motion for expedited briefing and argument of the appeal based on the parties' agreement that the public has an "unusual interest in prompt disposition" of this matter. Defs.' Unopposed Mot. for Expedited Briefing & Argument, *Kelly v. Hegseth*, No. 26-5070 (D.C. Cir. Feb. 27, 2026). The Court of Appeals for the D.C. Circuit granted that motion on March 2, 2026. Order, *Kelly v. Hegseth*, No. 26-5070 (D.C. Cir. Mar. 2, 2026) (No. 2161547).

5. The parties agree that a stay of proceedings in this Court during the pendency of the appeal would promote efficiency and conserve their resources and those of this Court.

6. The parties therefore jointly request a stay of all proceedings during the pendency of the appeal, except to the extent necessary for the Court to ensure compliance with its injunction.

7. In addition, Defendants have agreed to produce the Administrative Record underlying Secretary Hegseth's Censure Letter no later than April 15, 2026.

8. The parties have agreed not to seek discovery during the pendency of the appeal.

9. Within five days of the Court of Appeals' issuing its mandate, the parties will file a joint status report proposing next steps in this matter.

10. A proposed order is enclosed.

Dated: March 16, 2026                Respectfully submitted,

                           By:    */s/ Paul J. Fishman*
                                    Paul J. Fishman (DC Bar No. 449014)
                                    ARNOLD & PORTER KAYE SCHOLER LLP
                                    One Gateway Center
                                    Suite 1025
                                    Newark, NJ 07102
                                    (973) 776–1900
                                    paul.fishman@arnoldporter.com

Benjamin C. Mizer (DC Bar No. 204906)
 (*pro hac vice*)
Deborah A. Curtis (DC Bar No. 451716)
Jeffrey H. Smith (DC Bar No. 419-521)
Samuel F. Callahan (DC Bar No. 888314461)
Bonnie E. Devany (DC Bar No. 90042408)
 (*pro hac vice*)
Aaron X. Sobel (DC Bar No. 90018659)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942–5000
benjamin.mizer@arnoldporter.com
deborah.curtis@arnoldporter.com
jeffrey.smith@arnoldporter.com
sam.callahan@arnoldporter.com
bonnie.devany@arnoldporter.com
aaron.sobel@arnoldporter.com

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ERIC HAMILTON
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel

JOSEPH E. BORSON
Assistant Director

*/s/ John Bailey*
JOHN BAILEY
Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov

*Counsel for Defendants*