**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARK KELLY, United States Senator representing the State of Arizona,<br><br>*Plaintiff*,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,<br><br>*Defendants*. | Case No. 26-cv-81 |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, and finding good cause shown, it is hereby **ORDERED** that the proceedings in this case are **STAYED**.  The Court's preliminary injunction, ECF No. 38, remains in full effect.  Defendants shall produce to Plaintiff the Administrative Record underlying Secretary Hegseth's Censure Letter no later than April 15, 2026.

It is further **ORDERED** that the parties shall file a joint status report proposing next steps in this matter within 5 days of the Court of Appeals' issuance of its mandate.

_____
Judge Richard J. Leon