**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MARK KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:26-cv-00081-RJL |
| PETE HEGSETH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ADMINISTRATIVE RECORD INDEX

| Document Title/Description | Bates Number Range |
|---|---|
| January 5, 2026, Secretarial Letter of Censure | DOW_AR_0001 – DOW_AR_0006 |
| December 29, 2025, Command Investigation into the Facts and Circumstances Surrounding Statements Made by Captain Mark E. Kelly, U.S. Navy (Ret) and Enclosures | DOW_AR_0007 – DOW_AR_0040 |
| December 15, 2025, Administrative Action Regarding Conduct by Captain Mark E. Kelly, U.S. Navy (Ret) Memorandum | DOW_AR_0041 |
| December 5, 2025, Preliminary Investigation into the Facts and Circumstances Surrounding Statements Made by Captain Mark E. Kelly, U.S. Navy (Ret) | DOW_AR_0042 – DOW_AR_0047 |
| Compilation of web links to public statements and interviews by CPT Mark Kelly between June-December 2025 | DOW_AR_0048 – DOW_AR_0066 |
| Compilation of web links to social media posts by CPT Mark Kelly between June-December 2025 | DOW_AR_0067 – DOW_AR_0107 |

1

2

| Certificate of Release or Discharge from Active Duty for CPT Mark Kelly | DOW_AR_0108 |
|---|---|
| United States Senate, 119th Congress search result for "Kelly" | DOW_AR_0109 – DOW_AR_0110 |
| Unofficial transcripts of CPT Mark Kelly's interviews with news media and public statements between June-December 2025 | DOW_AR_0111 – DOW_AR_0216 |
| "Don't Give Up the Ship" Video Transcript (unofficial) | DOW_AR_0217 – DOW_AR_0219 |