CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Eugene J. Koprowski
1405 Earl I. Core Rd.
Morgantown, WV 26505

RECEIVED
MAILROOM
APR 13 2026
Angela D. Caesar, Clerk
U.S. Bankruptcy Courts
U.S. District Court for the District of Columbia

CAPITAL DISTRICT 208
4 MAR 2026 PM 2 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 20001
02 7W.
0008034592 FEB 27 2026
$ 000.74⁰

NIXIE        152    6 E    1

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RETURN TO SENDER

BC: 20001289999        *2217-04800-04-39

0204/07/26

#1080

RTS